UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

| Texas Bankers Association and Rio Bank |
|---|
| *versus* |
| Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the CFPB |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin E. Friedl<br>Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br>(202) 435-9268           kevin.friedl@cfpb.gov<br>New York #5240080 |
|---|---|

| Name of party applicant seeks to appear for: | Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/3/2023 | Signed: | /s/ Kevin E. Friedl |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:          Clerk's signature |

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                    United States District Judge