UNITED STATES DISTRICT COURT		SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

Texas Bankers Association; and Rio Bank, McAllen, Texas

*versus*

Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau

| | |
|---|---|
| Lawyer's Name | James J. Butera |
| Firm | Meeks, Butera & Israel PLLC |
| Street | 2020 Pennsylvania Avenue, NW |
| City & Zip Code | Washington, DC 20006 |
| Telephone & Email | (202) 285-3382; jbutera@meeksbi.com |
| Licensed: State & Number | DC Bar No. 164335 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Texas Bankers Association; and Rio Bank, McAllen, Texas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/1/2023 | Signed: *James J. Butera* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**		This lawyer is admitted *pro hac vice*.

Dated: _____		_____
United States District Judge