UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|
| | Texas Bankers Association; and Rio Bank, McAllen, Texas | | |
| | *versus* | | |
| | Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ryan Israel<br>Meeks, Butera & Israel PLLC<br>2020 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 795-9714; risrael@meeksbi.com<br>DC Bar No. 488498 |
|---|---|

| Name of party applicant seeks to appear for: | Texas Bankers Association; and Rio Bank, McAllen, Texas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/1/2023 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                               This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                                         United States District Judge