United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|
| | Texas Bankers Association; and Rio Bank, McAllen, Texas | | |
| | *versus* | | |
| | Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau | | |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | James J. Butera<br>Meeks, Butera & Israel PLLC<br>2020 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 285-3382; jbutera@meeksbi.com<br>DC Bar No. 164335 |
|---|---|

| Name of party applicant seeks to appear for: | Texas Bankers Association; and Rio Bank, McAllen, Texas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/1/2023 | Signed: *James J. Butera* |
|---|---|

| The state bar reports that the applicant's status is: | Good Standing |
|---|---|
| Dated: 05/05/23 | Clerk's signature *Karen Lopez* |

**Order**

This lawyer is admitted *pro hac vice.*

Dated: 5-10-23

_____
United States District Judge