Case 7:23-cv-00144   Document 11   Filed on 05/10/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | ▼ | Case Number | 7:23-cv-00144 |
|---|---|---|---|---|
| | Texas Bankers Association; and Rio Bank, McAllen, Texas | | | |
| | *versus* | | | |
| | Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ryan Israel<br>Meeks, Butera & Israel PLLC<br>2020 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 795-9714; risrael@meeksbi.com<br>DC Bar No. 488498 |
|---|---|

| Name of party applicant seeks to appear for: | Texas Bankers Association; and Rio Bank, McAllen, Texas |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/1/2023 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is:   Good Standing |
|---|
| Dated: 05/05/23   Clerk's signature [signature] |

**Order**

Dated: 5-10-23

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge