**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

|  |  |
|---|---|
| TEXAS BANKERS ASSOCIATION;<br>RIO BANK, MCALLEN, TEXAS; and<br>AMERICAN BANKERS ASSOCIATION<br><div align="right">*Plaintiffs*,</div><br>v.<br><br>CONSUMER FINANCIAL PROTECTION<br>BUREAU; and ROHIT CHOPRA, in his official<br>capacity as Director of the Consumer Financial<br>Protection Bureau,<br><div align="right">*Defendants*.</div> | Case No: 7:23-cv-00144 |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 13) and Memorandum in Support thereof.  Having considered the Motion, relevant docket entries, and applicable law, it is hereby ordered that Plaintiffs' Motion is **GRANTED**.

It is therefore ORDERED that the Final Rule issued by the Consumer Financial Protection Bureau on March 30, 2023—to amend Regulation B to implement changes to the Equal Credit Opportunity Act made by § 1071 of the Dodd-Frank Wall Street Reform and Consumer Protection Act—is hereby enjoined from enforcement.

It is further ORDERED, ADJUDGED, and DECREED that all deadlines and corresponding preparation timeframes set forth in the Rule to allow for compliance with the requirements thereof are stayed until after the Supreme Court's final decision in *Community Financial Services Association of America v. CFPB*, 51 F.4th 616 (5th Cir. 2022), *certiorari granted*, U.S. 22–448 (Feb. 27, 2023).  At that time, the parties will inform the Court of the Supreme Court's decision and confer to resolve any remaining dispute(s).

**SO ORDERED on this _____ day of _____, 2023.**

_____

HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS