UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK; and AMERICAN BANKERS ASSOCIATION,<br><br>                Plaintiffs,<br><br>    v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>                Defendants. | Case No. 7:23-cv-00144 |

**[PROPOSED] ORDER**

Having considered the Parties' joint submission, and for good cause shown, it is ordered that the initial pretrial and scheduling conference and associated deadlines, as well as Defendants' deadline to respond to the amended complaint, are continued until further notice.

The Parties are ordered to file a joint status report within 21 days of the Court's decision resolving Plaintiffs' pending motion for preliminary relief.

SO ORDERED this _____ day of _____, 2023.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE