UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK; and AMERICAN BANKERS ASSOCIATION,<br><br>       Plaintiffs,<br><br>  v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>       Defendants. | Case No. 7:23-cv-00144 |

**[PROPOSED] ORDER**

  Having considered the parties' submissions and applicable law, it is ordered that Plaintiffs' Motion for Preliminary Injunction is DENIED.

SO ORDERED this _____ day of _____, 2023.

                    _____
                    HON. RANDY CRANE
                    UNITED STATES DISTRICT JUDGE