IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*. | Case No: 7:23-cv-00144 |

**JOINT NOTICE REGARDING POTENTIAL HEARING
ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Texas Bankers Association, Rio Bank, and American Bankers Association, and Defendants Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity, (collectively, "the Parties") jointly notice the Court regarding counsel's upcoming schedules in the event that the Court would like to have any hearing on the Plaintiffs' Motion for a Preliminary Injunction during the month of July. The parties respectfully request that any such hearing be held during the last two weeks of July, excepting July 24th through 26th. In support of that request, the Parties state the following:

1. Plaintiffs filed this suit to challenge a regulation issued by the Consumer Financial Protection Bureau. *See* Small Business Lending Rule, 88 Fed. Reg. 35150 (May 31, 2023). Plaintiffs filed an amended complaint on May 15, 2023. ECF No. 12.

2. Plaintiffs filed a Motion for a Preliminary Injunction on May 26, 2023. ECF No. 13. Defendants responded to that Motion on June 16, 2023—the same day the Motion was

docketed with the Court. ECF No. 16. Plaintiffs filed a reply brief on June 23, 2023. ECF No. 17.

3. The Motion is now fully briefed for this Court's determination and any hearing on the Motion would be at the Court's discretion.

4. Counsel for both Plaintiffs and Defendants have prior travel scheduled for the first two weeks of July, as well as July 24th and 25th. This travel is for both work and personal vacation.

5. Should the Court desire to hold a hearing on the Motion in July, the Parties respectfully request that the Court hold that hearing during the last two weeks of July, excepting July 24th through 26th.

Dated: June 30, 2023                              Respectfully submitted,

/s/ John C. Sullivan                              /s/ Kevin E. Friedl
John C. Sullivan                                  Kevin E. Friedl (NY #5240080)
Attorney-in-Charge                                Attorney-in-Charge
Texas Bar No. 24083920                            Consumer Financial Protection Bureau
S|L LAW PLLC                                      1700 G Street NW
610 Uptown Boulevard, Suite 2000                  Washington, DC 20552
Cedar Hill, TX 75104                              (202) 435-9268
Telephone: (469) 523-1351                         kevin.friedl@cfpb.gov
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

James J. Butera*
Ryan Israel*
MEEKS, BUTERA & ISRAEL PLLC
2020 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 795-9714
jbutera@meeksbi.com
risrael@meeksbi.com

*admitted pro hac vice