Case 7:23-cv-00144   Document 21   Filed on 07/06/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 7:23-CV-00144 § CONSUMER FINANCIAL PROTECTION § BUREAU, *et al.*, § § Defendants. § | |

## ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT

Upon consideration of the parties' Joint Motion to Continue Defendants' Deadline to Respond to Amended Complaint (Dkt. No. 14), the Court hereby **ORDERS** that the Motion is **GRANTED** and Defendants' deadline to respond to the Amended Complaint is continued pending the Court's ruling on Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 13).

SO ORDERED July 6, 2023, at McAllen, Texas.

Randy Crane
Chief United States District Judge