# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*. | Case No: 7:23-cv-00144 |

## NOTICE REGARDING SUPPLEMENTAL DECLARATIONS
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Texas Bankers Association, Rio Bank, and American Bankers Association respectfully notice the Court regarding the Supplemental Declarations of Virginia O'Neill (attached as Exhibit 1) and Ford Sasser (attached as Exhibit 2). These declarations contain additional information obtained since Plaintiffs' prior filings concerning the ongoing costs for banks subject to the CFPB's Final Rule at issue in this case.

Dated: July 25, 2023

Respectfully submitted,

*/s/ John C. Sullivan*
John C. Sullivan
Attorney-in-Charge
Texas Bar No. 24083920
**S|L Law PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

James J. Butera*
Ryan Israel*
**MEEKS, BUTERA & ISRAEL PLLC**
2020 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 795-9714
jbutera@meeksbi.com
risrael@meeksbi.com

*admitted pro hac vice*