United States District Court
Southern District of Texas
**ENTERED**
July 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, §<br>§<br>Plaintiffs, §<br>§<br>VS. §<br>§<br>CONSUMER FINANCIAL PROTECTION §<br>BUREAU, *et al.*, §<br>§<br>Defendants. § | CIVIL ACTION NO. 7:23-CV-144 |

## ORDER SETTING VIDEO STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for status conference on January 19, 2024, at 9:30 a.m. via Zoom before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED July 27, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge