IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; AMERICAN BANKERS ASSOCIATION,<br><br>    Plaintiffs,<br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>Defendants. | §§§§§§§§§§§§§§§<br><br>Case No: 7:23-cv-00144 |

## ORDER

Before the Court is the Unopposed Emergency Motion for Leave to Intervene (the "Motion") filed by Texas First Bank, Independent Bankers Association of Texas, and Independent Community Bankers of America (collectively, "Intervenors"). The Court finds that the Motion should be, and hereby is, granted, and Intervenors are granted leave to file the Complaint in Intervention attached to the Motion.

    Entered on this ___ day of _____, 2023.

 

_____
The Honorable Randy Crane
Chief United States District Judge

**ORDER – Solo Page**