United States District Court
Southern District of Texas

**ENTERED**

August 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

| Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association |
|---|

| *versus* |
|---|

| Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elbert Lin<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street, East Tower<br>Richmond, VA 23219<br>(804) 788-8200<br>(804) 788-8218 fax<br>Virginia #92740          elin@huntonak.com |
|---|---|

| Name of party applicant seeks to appear for: | Independent Community Bankers of America, Independent Bankers Association of Texas, and Texas First Bank |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated:          8/4/2023 | Signed:                     /s/Elbert Lin |
|---|---|

| The state bar reports that the applicant's status is:  in good standing. |
|---|
| Dated:  08/07/2023 | Clerk's signature *Karen Lopez* |

| **Order** |
|---|

Dated: __8-10 - 23__

This lawyer is admitted *pro hac vice.*

_____
United States District Judge