United States District Court
Southern District of Texas

**ENTERED**

August 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

| Texas Bankers Association; Rio Bank, McAllen, Texas; American Bankers Association |
|---|
| *versus* |
| Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Erica Peterson<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 955-1932<br>(202) 778-2201 fax<br>DC #1686244      epeterson@huntonak.com |
|---|---|

| Name of party applicant seeks to appear for: | Independent Community Bankers of America, Independent Bankers Association of Texas, and Texas First Bank |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:    8/4/2023 | Signed:           /s/Erica Peterson |
|---|---|

| The state bar reports that the applicant's status is:   in good standing |
|---|
| Dated:   08/07/23     Clerk's signature *Karen Lopez* |

| **Order** |
|---|

Dated: ___8-10-23___

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge