United States District Court
Southern District of Texas
**ENTERED**
August 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, § § Plaintiffs, § § VS. § CONSUMER FINANCIAL PROTECTION § BUREAU, *et al.*, § § Defendants. § | CIVIL ACTION NO. 7:23-CV-144 |

### ORDER VACATING ORDER SETTING INITITAL PRETRIAL CONFERENCE

The Court hereby **ORDERS VACATED** the Order setting this case for Initial Pretrial and Scheduling Conference [Dkt. No. 22], and the Initial Pretrial and Scheduling Conference set for August 17, 2023, is **CANCELED**. This case remains set for Status Conference on January 19, 2024, at 9:30 a.m.

SO ORDERED August 10, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge