IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION, <br><br> Plaintiffs, <br><br> TEXAS FIRST BANK, INDEPENDENT BANKERS ASSOCIATION OF TEXAS, and INDEPENDENT COMMUNITY BANKERS OF AMERICA, <br><br> Proposed Intervenor Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity aa Director of the Consumer Financial Protection Bureau, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § <br><br> Case No: 7:23-cv-00144 |

**ORDER GRANTING UNOPPOSED EMERGENCY MOTION
FOR LEAVE TO INTERVENE AND BRIEF IN SUPPORT**

Before the Court is Credit Union National Association, Cornerstone Credit Union League, and Rally Credit Union's (Credit Union Intervenors) Unopposed Emergency Motion for Leave to Intervene (Motion). The Court hereby GRANTS the Motion. Credit Union Intervenors are granted leave to file their Complaint in Intervention attached as Exhibit 1 to the Motion.

Entered on this ____ day of _____, 2023.

 

The Honorable Randy Crane
Chief U.S. District Judge