UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | Case No. 7:23-cv-00144 |
|---|---|---|---|

Texas Bankers Association et al.

*versus*

Consumer Financial Protection Bureau et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Julian R. Ellis, Jr. <br> Brownstein Hyatt Farber Schreck, LLP <br> 675 15th Street, Suite 2900 <br> Denver, CO 80202 <br> 303.223.1142 & jellis@bhfs.com <br> Colorado (CO) <br> CO Bar No. 47571 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Intervenor Plaintiffs Rally Credit Union, Credit Union National Association, and Cornerstone Credit Union League |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/10/2023 | Signed: *Julian R. Ellis, Jr.* |
|---|---|

The state bar reports that the applicant's status is:   GOOD

| Dated: | Clerk's signature   SEE ATTACHED CERTIFICATE OF GOOD STANDING |
|---|---|

**Order**      This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                                                            United States District Judge



# SUPREME COURT
# State of Colorado,

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Julian Richard Ellis, Jr.**__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**3rd**__ day of __**November**__ A.D. __**2014**__ and that at the date hereof the said __**Julian Richard Ellis, Jr.**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**9th**__ day of __**August**__ A.D. __**2023**__

*Cheryl Stevens*
Clerk

By __*Myra Sanchez*__
Deputy Clerk