United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION,<br><br>Plaintiffs,<br><br>TEXAS FIRST BANK, INDEPENDENT BANKERS ASSOCIATION OF TEXAS, and INDEPENDENT COMMUNITY BANKERS OF AMERICA,<br><br>Proposed Intervenor Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity aa Director of the Consumer Financial Protection Bureau,<br><br>Defendants. | Case No: 7:23-cv-144 |

**ORDER GRANTING UNOPPOSED EMERGENCY MOTION
FOR LEAVE TO INTERVENE AND BRIEF IN SUPPORT**

Before the Court is Credit Union National Association, Cornerstone Credit Union League, and Rally Credit Union's (Credit Union Intervenors) Unopposed Emergency Motion for Leave to Intervene [Dkt. No. 32]. The Court hereby GRANTS the Motion. Credit Union Intervenors are granted leave to file their Complaint in Intervention attached as Exhibit 1 to the Motion.     Entered on this 14th day of August, 2023.

_____
The Honorable Randy Crane
Chief U.S. District Judge