United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | Case No. 7:23-cv-00144 |
|---|---|---|---|

Texas Bankers Association et al.

*versus*

Consumer Financial Protection Bureau et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Julian R. Ellis, Jr.<br>Brownstein Hyatt Farber Schreck, LLP<br>675 15th Street, Suite 2900<br>Denver, CO 80202<br>303.223.1142 & jellis@bhfs.com<br>Colorado (CO)<br>CO Bar No. 47571 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Intervenor Plaintiffs Rally Credit Union, Credit Union National Association, and Cornerstone Credit Union League |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ___ No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8/10/2023    Signed: *Julian R. Ellis, Jr.*

The state bar reports that the applicant's status is: **GOOD**

Dated: 8/10/2023    Clerk's signature   /s/ Jennifer Nogueira

### Order

This lawyer is admitted *pro hac vice*.

Dated: August 14, 2023

_____
United States District Judge