Case 7:23-cv-00144　Document 38　Filed on 08/15/23 in TXSD　Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; AMERICAN BANKERS ASSOCIATION,<br><br>　　Plaintiffs,<br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>Defendants. | Case No: 7:23-cv-00144 |

## ORDER

Before the Court is the Unopposed Emergency Motion for Leave to Intervene (the "Motion") filed by Texas First Bank, Independent Bankers Association of Texas, and Independent Community Bankers of America (collectively, "Intervenors"). The Court finds that the Motion should be, and hereby is, granted, and Intervenors are granted leave to file the Complaint in Intervention attached to the Motion.

SO ORDERED August 15, 2023, at McAllen, Texas.

*[signature: Randy Crane]*
Randy Crane
United States District Judge

**ORDER** – Solo Page