# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; AMERICAN BANKERS ASSOCIATION, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No: 7:23-cv-00144 |
| CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, | § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Jennifer L. Clyde of the law firm of Hunton Andrews Kurth LLP and enters an appearance as additional counsel for Intervenors Texas First Bank, Independent Bankers Association of Texas, and Independent Community Bankers of America ("Intervenors"). Ms. Clyde is admitted to practice law by the Supreme Court of Texas and is admitted to practice in this Court.

Copies of all pleadings, correspondence, and other papers regarding this case should be sent to Intervenors' counsel, James W. Bowen, Jennifer L. Clyde, Elbert Lin, and Erica Peterson at the address below.

Dated: August 15, 2023

Respectfully submitted,

*/s/Jennifer L. Clyde*
James W. Bowen
*attorney-in-charge*
jbowen@HuntonAK.com
Texas Bar No. 02723305
S.D. Tex. Bar No. 16337
Jennifer L. Clyde
jclyde@HuntonAK.com
Texas Bar No. 24101032
S.D. Tex. Bar No. 3644312
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Facsimile: (214) 880-0011

Elbert Lin
elin@HuntonAK.com
VA Bar No. 92740
*pro hac vice*
**HUNTON ANDREWS KURTH LLP**
951 East Byrd Street, East Tower
Richmond, VA 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

Erica Peterson
epeterson@HuntonAK.com
D.C. Bar No. 1686244
*pro hac vice*
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1932
Facsimile: (202) 778-2201

**ATTORNEYS FOR INTERVENORS**

2