United States District Court
Southern District of Texas

**ENTERED**
August 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

Texas Bankers Association; Rio Bank, McAllen, Texas; and American Bankers Association

*versus*

Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew Doersam<br>American Bankers Association<br>1333 New Hampshire Avenue NW<br>Washington, DC 20036<br>(202) 663-5035; adoersam@aba.com<br>DC Bar No. 1779583 |
|---|---|

| Name of party applicant seeks to appear for: | American Bankers Association |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/14/2023 | Signed: | /s/ Andrew Doersam |
|---|---|---|

The state bar reports that the applicant's status is: Eligible to Practice

| Dated: 8/15/2023 | Clerk's signature | *Jennifer Nogueira* |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 8-15-23

_____
United States District Judge