Case 7:23-cv-00144   Document 43   Filed on 08/15/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

| Texas Bankers Association; Rio Bank, McAllen, Texas; and American Bankers Association |
|---|
| *versus* |
| Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thomas Pinder<br>American Bankers Association<br>1333 New Hampshire Avenue NW<br>Washington, DC 20036<br>(202) 663-5028; TPinder@aba.com<br>DC Bar No. 451114 |
|---|---|

| Name of party applicant seeks to appear for: | American Bankers Association |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/14/2023 | Signed: | /s/ Thomas Pinder |
|---|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice | | |
|---|---|---|
| Dated: 8/15/2023 | Clerk's signature | *Jennifer Nogueira* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 8-15-23

_____
United States District Judge