UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Defendants. | Case No. 7:23-cv-00144 |

**[PROPOSED] ORDER**

Having considered the parties' submissions and applicable law, it is ordered that Intervenors' Emergency Motion for Preliminary Injunction and Credit Union Intervenors' Joinder to Emergency Motion for Preliminary Injunction are DENIED.

SO ORDERED this _____ day of _____, 2023.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE