# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 7:23-cv-00144 |
| CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, | § § § § § § | |
| *Defendants*. | § § | |

# ORDER

Before the Court is the Unopposed Emergency Motion for Leave to Intervene [Doc. # 49] (the "Motion") filed by XL Funding, LLC d/b/a Axle Funding, LLC and Equipment Leasing and Finance Association (collectively, "Intervenors"). The Court finds that the Motion should be, and hereby is, granted, and Intervenors are granted leave to file the Complaint in Intervention attached to the Motion.

SO ORDERED on _____.

                                                                                                 _____
                                                                                                 The Honorable Randy Crane
                                                                                                 Chief United States District Judge