United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*. | Civil Action No. 7:23-cv-00144 |

## ORDER

Before the Court is the Unopposed Emergency Motion for Leave to Intervene [Doc. # 49] (the "Motion") filed by XL Funding, LLC d/b/a Axle Funding, LLC and Equipment Leasing and Finance Association (collectively, "Intervenors"). The Court finds that the Motion should be, and hereby is, granted, and Intervenors are granted leave to file the Complaint in Intervention attached to the Motion.

SO ORDERED  August 29, 2023, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
United States District Judge