# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION, § § § § § *Plaintiffs*, § § TEXAS FIRST BANK; INDEPENDENT § BANKERS ASSOCIATION OF TEXAS; and § INDEPENDENT COMMUNITY BANKERS § OF AMERICA, § § *Intervenor Plaintiffs*, § § CREDIT UNION NATIONAL § ASSOCIATION; CORNERSTONE CREDIT § UNION LEAGUE; and RALLY CREDIT § UNION, § § *Intervenor Plaintiffs*, § § XL FUNDING, LLC D/B/A AXLE § FUNDING, LLC AND EQUIPMENT § LEASING AND FINANCE ASSOCIATION, § § *Intervenor Plaintiffs*, § § v. § § CONSUMER FINANCIAL PROTECTION § BUREAU and ROHIT CHOPRA, in his § official capacity as Director of the Consumer § Financial Protection Bureau, § § *Defendants*. § | Case No. 7:23-cv-00144 |

## NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Owen C. Babcock of Padfield & Stout, LLP, located at 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102, appears as counsel of record for Intervenor Plaintiffs, XL FUNDING, LLC d/b/a Axle Funding, LLC ("Axle") and the Equipment Leasing and Finance Association ("ELFA," collectively with Axle, the "ELFA Intervenors"). Counsel respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned via ECF or at the office, postal address, electronic mail address or facsimile number listed below.

Date: August 30, 2023

        Respectfully Submitted,

        PADFIELD & STOUT, LLP
        420 Throckmorton Street, Ste. 1210
        Fort Worth, TX 76102
        817-338-1616 – Telephone
        817-338-1610 – Facsimile

        /s/ *Owen C. Babcock*
        Alan B. Padfield
        State Bar I.D. #00784712
        abp@padfieldstout.com
        Mark W. Stout
        State Bar I.D. #24008096
        mstout@padfieldstout.com
        Owen C. Babcock
        State Bar I.D. #24104585
        obabcock@padfieldstout.com
        Kelsey N. Linendoll
        State Bar I.D. #24120975
        klinendoll@padfieldstout.com

        *Attorneys for ELFA Intervenors*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2023, the foregoing was served upon each appearing party through their respective counsel of record via the Court's electronic filing system.
.

                                      /s/ *Owen C. Babcock*
                                      Owen C. Babcock