# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION, <br><br>*Plaintiffs*, <br><br>TEXAS FIRST BANK; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; and INDEPENDENT COMMUNITY BANKERS OF AMERICA, <br><br>*Intervenor Plaintiffs*, <br><br>CREDIT UNION NATIONAL ASSOCIATION; CORNERSTONE CREDIT UNION LEAGUE; and RALLY CREDIT UNION, <br><br>*Intervenor Plaintiffs*, <br><br>XL FUNDING, LLC D/B/A AXLE FUNDING, LLC AND EQUIPMENT LEASING AND FINANCE ASSOCIATION, <br><br>*Intervenor Plaintiffs*, <br><br>v. <br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br><br>*Defendants*. | Case No. 7:23-cv-00144 |

### NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Kelsey N. Linendoll of Padfield & Stout, LLP, located at 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102, appears as counsel of record for Intervenor Plaintiffs, XL FUNDING, LLC d/b/a Axle Funding, LLC ("Axle") and the Equipment Leasing and Finance Association ("ELFA," collectively with Axle, the "ELFA Intervenors"). Counsel respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned via ECF or at the office, postal address, electronic mail address or facsimile number listed below.

Date: August 30, 2023

    Respectfully Submitted,

    PADFIELD & STOUT, LLP
    420 Throckmorton Street, Ste. 1210
    Fort Worth, TX 76102
    817-338-1616 – Telephone
    817-338-1610 – Facsimile

    /s/ *Kelsey N. Linendoll*
    Alan B. Padfield
    State Bar I.D. #00784712
    abp@padfieldstout.com
    Mark W. Stout
    State Bar I.D. #24008096
    mstout@padfieldstout.com
    Owen C. Babcock
    State Bar I.D. #24104585
    obabcock@padfieldstout.com
    Kelsey N. Linendoll
    State Bar I.D. #24120975
    klinendoll@padfieldstout.com

    *Attorneys for ELFA Intervenors*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 30, 2023, the foregoing was served upon each appearing party through their respective counsel of record via the Court's electronic filing system.
.

           _/s/ Kelsey N. Linendoll_
           Kelsey N. Linendoll