**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; AMERICAN BANKERS ASSOCIATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 7:23-cv-00144 |
| CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Unopposed Emergency Motion for Leave to Intervene (the "Motion") filed by Farm Credit Council, Texas Farm Credit, and Capital Farm Credit (collectively, the "Farm Credit Intervenors"). The Court finds that the Motion should be, and hereby is, GRANTED. The Farm Credit Intervenors are granted leave to file their Complaint in Intervention attached as Exhibit 1 to the Motion and their Emergency Motion for Preliminary Injunction and Brief in Support attached as Exhibit 2 to the Motion.

Entered on this ____ day of _____, 2023.

_____
The Honorable Randy Crane
United States Chief District Judge