UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

Texas Bankers Association, Rio Bank, McAllen, Texas, American Bankers Association

*versus*

Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the Consume Financial Protection Bureau

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Misha Tseytlin<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>227 W. Monroe Street<br>Suite 3900<br>Chicago, IL 60606<br>(312) 759-5947<br>misha.tseytlin@troutman.com<br>IL-6334071; WI-102199; NY-4642609; DC-991031; WV-12386 |
| Name of party applicant seeks to appear for: | Farm Credit Council, Texas Farm Credit, and Capital Farm Credit |

Has applicant been sanctioned by any bar association or court?   Yes _____   No __x__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 9/12/2023     Signed: [signature]

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**     This lawyer is admitted *pro hac vice.*

Dated: _____    _____
                                                                 United States District Judge