UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

| Texas Bankers Association, Rio Bank, McAllen, Texas, American Bankers Association |
|---|
| *versus* |
| Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the Consume Financial Protection Bureau |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joseph J. Reilly<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>401 9th Street NW, Suite 1000<br>Washington, DC 20004<br>(202) 274-2908<br>joseph.reilly@troutman.com<br>DC-480824 |
|---|---|

| Name of party applicant seeks to appear for: | Farm Credit Council,<br>Texas Farm Credit, and Capital Farm Credit |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __    No __X__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 9/12/2023 | Signed: /s/ Joseph J. Reilly |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:              Clerk's signature |

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                        United States District Judge