Case 7:23-cv-00144   Document 58   Filed on 09/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

Texas Bankers Association, Rio Bank, McAllen, Texas, American Bankers Association

*versus*

Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the Consume Financial Protection Bureau

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Misha Tseytlin<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>227 W. Monroe Street<br>Suite 3900<br>Chicago, IL 60606<br>(312) 759-5947<br>misha.tseytlin@troutman.com<br>IL-6334071; WI-102199; NY-4642609; DC-991031; WV-12386 |
|---|---|

| Name of party applicant seeks to appear for: | Farm Credit Council, Texas Farm Credit, and Capital Farm Credit |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __x__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/12/2023 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Good standing. |
|---|
| Dated: 09/12/2023  Clerk's signature *Karen Lopez* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 9-14-23

_____
United States District Judge