UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br>  Defendants. | Case No. 7:23-cv-00144 |

**[PROPOSED] ORDER**

Having considered the parties' submissions and applicable law, it is ordered that ELFA Intervenors' Emergency Motion for Preliminary Injunction is DENIED.

SO ORDERED this _____ day of _____, 2023.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE