Case 7:23-cv-00144   Document 65   Filed on 10/18/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|
| | Texas Bankers Association, Rio Bank, and American Bankers Association | | |

*versus*

Consumer Financial Protection Bureau and
Rohit Chopra, in his official capacity as Director of the CFPB

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Karen S. Bloom<br>Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br>(202) 344-5146          karen.bloom@cfpb.gov<br>New York # 4438917 |
|---|---|

| Name of party applicant seeks to appear for: | Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/16/2023 | Signed: | /s/ Karen S. Bloom |
|---|---|---|

| The state bar reports that the applicant's status is: in good standing. | |
|---|---|
| Dated: 10/16/23 | Clerk's signature *Karen Lopez* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: October 18, 2023

_____
United States District Judge