Case 7:23-cv-00144   Document 66   Filed on 10/23/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; AMERICAN BANKERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br><br> Defendants. | Case No. 7:23-cv-00144 |

**ORDER**

Before the Court is the Unopposed Emergency Motion for Leave to Intervene (the "Motion") filed by Farm Credit Council, Texas Farm Credit, and Capital Farm Credit (collectively, the "Farm Credit Intervenors"). The Court finds that the Motion should be, and hereby is, GRANTED. The Farm Credit Intervenors are granted leave to file their Complaint in Intervention attached as Exhibit 1 to the Motion and their Emergency Motion for Preliminary Injunction and Brief in Support attached as Exhibit 2 to the Motion.

SO ORDERED October 23, 2023, at McAllen, Texas.

Randy Crane
United States District Judge