# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; AMERICAN BANKERS ASSOCIATION, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Case No. 7:23-cv-00144 |
| CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DECLARATION OF PAUL KOHLS

I, Paul Kohls, hereby declare as follows:

1. The statements below are based on my personal knowledge.

2. I am the Chief Administrative Officer & General Counsel at Compeer Financial, ACA ("Compeer"). I have been at Compeer for approximately 13 years. In my role, I am a member of Compeer's executive leadership team and have functional responsibility for Compeer's legal and compliance team as well as its lending operations teams. In performing my job responsibilities on behalf of Compeer, I have begun to familiarize myself with the data collection, reporting, and other requirements that will be imposed on Compeer in complying with the Final Rule issued by the Consumer Financial Protection Bureau ("CFPB") set forth in the *Small Business*

1

*Lending Under the Equal Credit Opportunity Act (Regulation B)*, 88 Fed. Reg. 35,150 (May 31, 2023) (the "Final Rule").

3. Compeer is a member of the Farm Credit Council (the "Council"), with headquarters in Sun Prairie, Wisconsin. More specifically, Compeer is a Farm Credit association that provides loans and certain other financial services to support farmers, ranchers, and agribusinesses.

4. In 2022, Compeer originated more than 4,500 "covered credit transactions" for "small businesses" (as such terms are defined in the Final Rule). In 2023, Compeer expects to originate a similar number of covered credit transactions for small businesses. Accordingly, Compeer likely will be a Tier 1 institution under the Final Rule and, absent a stay, Compeer's deadline for beginning data collection would be October 1, 2024

5. Compeer has already started its efforts to comply with the Final Rule. These efforts include reviewing the text of the Final Rule and CFPB commentary as well as beginning the process of identifying an internal team to determine how Compeer will operationalize the data collection and reporting required by the Final Rule. Compeer has also begun conversations with technology providers, including its loan origination vendor, to evaluate what tools may become available to assist with the data collection and reporting.

6. During the balance of 2023, Compeer will continue to incur substantial costs and burdens to comply with the Final Rule. These include assembling a cross-functional group from our sales, credit, finance, compliance, technology, data, business process, and operations teams to determine the processes and procedures Compeer will implement to comply with the Final Rule and to evaluate various technology tools that may be utilized. We anticipate these efforts will

likely consume 500 or more hours of team member time and as much as $100,000 for outside counsel, consultant, and technology expenses.

7.     In order to comply with the Final Rule by our compliance date of October 1, 2024, we expect to incur in calendar year 2024 up to an additional 1,500 hours of team member time and as much as another $400,000 in expenses. The time and expenses associated with preparing for our compliance date include, but are not likely limited to, Compeer's efforts to make significant changes to its policies and procedures; building or purchasing new technology to facilitate data collection and reporting; moving functional responsibilities and job duties currently done by some team members or job families to other team members to facilitate the further segregation of information collected pursuant to the Final Rule; and providing significant training of hundreds of team members to help them understand and be prepared to aid in compliance with the Final Rule.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/7/2023

DocuSigned by:

Paul Kohls
26D60D37607E48E...

Paul Kohls
Chief Administrative Officer & General Counsel
Compeer Financial, ACA

3

**DocuSign**

| **Certificate Of Completion** | | |
|---|---|---|
| Envelope Id: C6D4983C9FF04052ADD192BCC50BAA04 | | Status: Completed |
| Subject: Complete with DocuSign: Compeer - Declaration.docx | | |
| Source Envelope: | | |
| Document Pages: 3 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 3 | Initials: 0 | Kari Hartman |
| AutoNav: Enabled | | 1921 Premier Drive |
| EnvelopeId Stamping: Enabled | | Mankato, MN  56001 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | kari.hartman@compeer.com |
| | | IP Address: 208.88.229.253 |

| **Record Tracking** | | |
|---|---|---|
| Status: Original<br>         9/7/2023 11:19:32 AM | Holder: Kari Hartman<br>                kari.hartman@compeer.com | Location: DocuSign |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Paul Kohls<br>Paul.kohls@compeer.com<br>Chief Lending Operations Officer and General Counsel<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Paul Kohls*<br>—26D50D37607E48E...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 208.88.229.253 | Sent: 9/7/2023 11:20:25 AM<br>Viewed: 9/7/2023 11:31:11 AM<br>Signed: 9/7/2023 11:33:34 AM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 9/7/2023 11:31:11 AM<br>   ID: 19e19247-b01d-45ae-817b-ec86389921ab | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/7/2023 11:20:25 AM |
| Certified Delivered | Security Checked | 9/7/2023 11:31:11 AM |
| Signing Complete | Security Checked | 9/7/2023 11:33:34 AM |
| Completed | Security Checked | 9/7/2023 11:33:34 AM |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|

**Electronic Record and Signature Disclosure**

ELECTRONIC RECORD & SIGNATURE DISCLOSURE From time to time, Compeer Financial, ACA and its subsidiary entities, Compeer FLCA and Compeer PCA ("Compeer," "we," or "us"), may be required by law to provide to you notices, disclosures, authorizations, acknowledgements and other documents during the course of our relationship with you ("Records"). Described below are the terms and conditions for providing to you such Records electronically. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the "I AGREE" button at the bottom of this webpage. 1. You Consent to Use Electronic Records and Signatures. By signing this document, you agree that you have reviewed these terms and conditions and consent to receive Records electronically and to utilize electronic signatures in lieu of using traditional "wet ink" signatures. You understand electronic signatures are equivalent to traditional signatures, and equally binding. You are not required to sign documents electronically. If you prefer not to electronically sign documents, you may request to receive paper copies. 2. You Have the Option to Obtain Paper Copies. After you provide your consent, you may receive, without charge, a paper copy of any Records that have been provided to you electronically by requesting paper copies. You may obtain paper copies of Records previously provided to you by us to you electronically one of two ways. a. Contact Compeer. You may fill out the webform at https://www.compeer.com/contact and use the "Comments" field to let us know which Records you would like sent to the address you provide in the webform. b. Obtain Through DocuSign. By creating a DocuSign account, you may also obtain Records and other documents we send to you through the DocuSign electronic signature system for a limited period of time during the signing session and after the signing session (usually 30 days). If you have access to a printer, you may print copies of these Records and documents directly from your computer. After such time you may request delivery of such paper copies from us by following the procedure described in the paragraph above. 3. You May Withdraw Your Consent. If you decide to receive Records electronically, you have the right at any time to change your mind and notify us thereafter that you want to receive Records only in paper format. We do not charge for providing you a Record in paper format. You may withdraw your consent to receive Records electronically by filling out the webform at https://www.compeer.com/contact and using the "Comments" field to let us know that you want to withdraw your consent to receive Records electronically. 4. You May Advise Compeer of Your New Email Address. To inform us of a change in your email address where we should send Records electronically to you, you must fill out the webform at https://www.compeer.com/contact and use the "Comments" field to let us know that you want to change your email address. In addition, you must notify DocuSign, Inc. to arrange for your new email address to reflect in your DocuSign account by following the process for changing email in DocuSign. 5. Required Hardware and Software Requirements. To receive electronic Records, you need: a. A current version of an Internet browser we support - please click the link below for supported Internet Browsers https://support.docusign.com/guides/signer-guide-signing-systemrequirements; b. Connection to the Internet; c. A current version of a program that accurately reads and displays PDF files (such as Adobe® Acrobat® Reader); d. A computer and operating system capable of supporting all of the above; e. An active e-mail address; and f. A printer if you wish to print out and retain records on paper, and electronic storage if you wish to retain records electronically 6. Acknowledging Your Access and Consent to Receive Materials Electronically. To confirm that you can access this information electronically, please verify that you were able to read this document and that you also were able to print on paper or

electronically save this document for your future reference and access, or that you were able to email this document to an email address where you will be able to print on paper or save it for your future reference and access. If you consent to receiving Records exclusively in electronic format on the terms and conditions described above, please let us know by clicking the "I AGREE" button below. By checking the "I AGREE" box, I confirm that: • I can access and read this Electronic Record & Signature Disclosure document; and • I can print on paper this document or save or send this document to a place where I can print it, for future reference and access; and • Until or unless I notify Compeer as described above, I consent to receive from Compeer exclusively through electronic means all Records that are required to be provided or made available to me by Compeer during the course of my relationship with Compeer.