IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Defendants. | Case No. 7:23-cv-00144 |

**JOINT MOTION FOR SCHEDULING ORDER**

The parties and intervenors hereby jointly request that the Court enter the following proposed schedule to govern further proceedings in this case. The parties will be prepared to address this proposed schedule, as appropriate, at the video status conference set for January 19, 2024. The parties and intervenors further state that, following their agreement to this proposed schedule, Defendants produced the administrative record to plaintiffs and intervenors.

1. Plaintiffs/Intervenors shall file a single, consolidated Motion for Summary Judgment by February 16, 2024. This filing shall not exceed 35 pages.

2. Defendants shall file their combined Cross-Motion for Summary Judgment and Response to Plaintiffs/Intervenors' Motion for Summary Judgment by March 15, 2024. This filing shall not exceed 40 pages.

3. Plaintiffs/Intervenors shall file their combined Reply in Support of their Motion for Summary Judgment and Response to Defendants' Cross-Motion for Summary Judgment by April 12, 2024. This filing shall not exceed 30 pages.

4. Defendants shall file their Reply in Support of their Cross-Motion for Summary Judgment by May 10, 2024. This filing shall not exceed 25 pages.

| | |
|---|---|
| Dated:  January 18, 2024 | Respectfully submitted, |

/s/  *John C. Sullivan*  
John C. Sullivan  
Attorney-in-Charge  
Texas Bar No. 24083920  
S|L LAW PLLC  
610 Uptown Boulevard, Suite 2000  
Cedar Hill, TX 75104  
(469) 523-1351 (phone)  
(469) 613-0891 (facsimile)  
john.sullivan@the-sl-lawfirm.com  

James J. Butera  
Ryan Israel  
MEEKS, BUTERA & ISRAEL PLLC  
2020 Pennsylvania Avenue, NW  
Washington, DC 20006  
Telephone: (202) 795-9714  

*Counsel for Plaintiffs Texas Bankers Association, Rio Bank, and American Bankers Association*

/s/  *Kevin E. Friedl*  
Seth Frotman  
    *General Counsel*  
Steven Y. Bressler  
    *Deputy General Counsel*  
Christopher Deal  
    *Assistant General Counsel*  

Kevin E. Friedl (NY #5240080)  
Karen Bloom (NY #4438917)  
    *Senior Counsel*  
Consumer Financial Protection Bureau  
1700 G Street NW  
Washington, DC 20552  
(202) 435-9268 (phone)  
(202) 435-7024 (facsimile)  

*Counsel for Defendants Consumer Financial Protection Bureau and Director Chopra*

/s/  *James Bowen*  
James Bowen  
Elbert Lin  
Erica Nicole Peterson  
Jennifer Lauren Clyde  
Hunton Andrews Kurth LLP  
1445 Ross Ave. Ste. 3700  
Dallas, TX 75202  
(214) 468-3309 (phone)  
(214) 880-0011 (facscimile)  
jbowen@huntonak.com  

*Counsel for Intervenors Texas First Bank, Independent Bankers Association of Texas, and Independent Community Bankers of America,*

/s/ *Joseph J. Reilly*
Joseph J. Reilly
Misha Tseytlin
Troutman Pepper Hamilton Sanders LLP
401 9th St. NW Ste 1000
Washington, DC 20004
(202) 274-2908 (phone)
joseph.reilly@troutman.com

Daniel Gordon Gurwitz
Atlas Hall Rodriguez LLP
818 Pecan
McAllen, TX 78502
(956) 682-5501 (phone)
dgurwitz@atlashall.com

*Counsel for Intervenors Texas Farm Credit, Farm Credit Council, and Capital Farm Credit*

/s/ *Owen Colin Babcock*
Alan Bartlett Padfield
Kelsey Nicole Linendoll
Owen Colin Babcock
Padfield & Stout LLP
421 W. Third Street Suite 910
Fort Worth, TX 76102
(817) 338-1616 (phone)
abp@livepad.com

*Counsel for Intervenors XL Funding, LLC, and Equipment Leasing and Finance Association*

/s/ *Christopher Owen Murray*
Christopher Owen Murray
Julian R. Ellis, Jr.
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
(602) 362-0034 (phone)
(303) 223-1111 (facsimile)
cmurray@bhfs.com

*Counsel for Intervenors Rally Credit Union, Credit Union National Association, and Cornerstone Credit Union League*