IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Defendants. | Case No. 7:23-cv-00144 |

# **[PROPOSED] ORDER**

It is hereby ordered with respect to the parties' dispositive motions that:

| | |
|---|---|
| Plaintiffs'/Intervenors' consolidated Motion for Summary Judgment (not to exceed 35 pages) shall be due by: | February 16, 2024 |
| Defendants' combined Cross-Motion for Summary Judgment and Response to Plaintiffs/Intervenors' Motion for Summary Judgement (not to exceed 40 pages) shall be due by: | March 15, 2024 |
| Plaintiffs'/Intervenors' combined Reply in Support of its Motion for Summary Judgment and Response to Defendants' Cross-Motion for Summary Judgment (not to exceed 30 pages) shall be due by: | April 12, 2024 |
| Defendants' Reply in Support of their Cross-Motion for Summary Judgment (not to exceed 25 pages) shall be due by: | May 10, 2024 |

Dated: _____

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE