Case 7:23-cv-00144   Document 73   Filed on 01/22/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:23-CV-144 |
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

It is hereby ORDERED with respect to the parties' dispositive motions that:

| | |
|---|---|
| Plaintiffs'/Intervenors' consolidated Motion for Summary Judgment (not to exceed 35 pages) shall be due by: | February 16, 2024 |
| Defendants' combined Cross-Motion for Summary Judgment and Response to Plaintiffs/Intervenors' Motion for Summary Judgement (not to exceed 40 pages) shall be due by: | March 15, 2024 |
| Plaintiffs'/Intervenors' combined Reply in Support of its Motion for Summary Judgment and Response to Defendants' Cross-Motion for Summary Judgment (not to exceed 30 pages) shall be due by: | April 12, 2024 |
| Defendants' Reply in Support of their Cross-Motion for Summary Judgment (not to exceed 25 pages) shall be due by: | May 10, 2024 |

It is further ORDERED that this matter is set for status conference on June 27, 2024, at 9:30 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED January 22, 2024, at McAllen, Texas.

                                                                           _____
                                                                           Randy Crane
                                                                           Chief United States District Judge