IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Defendants. | Case No. 7:23-cv-00144 |

**NOTICE OF FILING OF CERTIFIED LIST
OF CONTENTS OF ADMINISTRATIVE RECORD**

As discussed at the status conference of January 19, 2024, Defendant Consumer Financial Protection Bureau hereby submits the certified list of the contents of the administrative record in this case. This filing consists of (1) a certification of the record by the Bureau's Executive Secretary and (2) a list of contents of the administrative record.

Dated: January 31, 2024

Respectfully submitted,

*/s/ Kevin E. Friedl*
Kevin E. Friedl (NY #5240080)
Attorney-in-Charge
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-9268
kevin.friedl@cfpb.gov

*Counsel for Defendants*