IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Defendants. | Case No. 7:23-cv-00144 |

**CERTIFICATION OF LIST OF CONTENTS OF ADMINISTRATIVE RECORD**

I, Emily Ross, as representative of the Consumer Financial Protection Bureau, do hereby certify that, to the best of my knowledge and belief, based on information made available to me in the course of my official duties, that the following is a true and correct list of the contents of the administrative record pertinent to the above-captioned case.

Dated:  December 15, 2023

_____
Emily Ross
Executive Secretary and Senior Advisor
  to the Director
Consumer Financial Protection Bureau