United States District Court
Southern District of Texas
**ENTERED**
February 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK; and AMERICAN BANKERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>Defendants. | Case No. 7:23-cv-00144 |

## ORDER

Having considered the Plaintiffs' Motion, and for good cause shown, it is ordered that Plaintiffs' Agreed Motion for Modification of Briefing Schedule is GRANTED.

Plaintiffs' Motion for Summary Judgment will be due by March 1, 2024; Defendants' Cross-Motion for Summary Judgment and Response by April 12, 2024; Plaintiffs' Response and Reply by May 10, 2024; and Defendants' Reply by June 7, 2024.

SO ORDERED February 14, 2024, at McAllen, Texas.

Randy Crane
United States District Judge