IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al., | § |
| Plaintiffs, | § |
| v. | § |
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | § Case No: 7:23-cv-00144 |
| Defendants. | § |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Sarah J. Auchterlonie, of the law firm Brownstein Hyatt Farber Schreck, LLP, hereby enters her appearance on behalf of Intervenor-Plaintiffs Credit Union National Association d/b/a America's Credit Unions (America's Credit Unions), Cornerstone Credit Union League (Cornerstone), and Rally Credit Union (Rally) (collectively, Credit Union Intervenors). Ms. Auchterlonie is admitted to practice in this Court.

Please include the undersigned on all service, notices, orders, and communications in this matter.

Dated: February 29, 2024.                     Respectfully submitted,

*s/ Sarah J. Auchterlonie*
Sarah J. Auchterlonie
Christopher O. Murray
Julian R. Ellis, Jr. (*pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: sja@bhfs.com; cmurray@bhfs.com; jellis@bhfs.com

**Attorneys for Credit Union Intervenors**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                  *s/ Sarah J. Auchterlonie*
                                                  Sarah J. Auchterlonie