# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

TEXAS BANKERS ASSOCIATION;
RIO BANK, MCALLEN, TEXAS; and
AMERICAN BANKERS ASSOCIATION

*Plaintiffs*,

v.

CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,

*Defendants*.

Case No: 7:23-cv-00144

## [PROPOSED] ORDER

Before the Court is Plaintiffs'/Intervenors' Motion to Supplement the Administrative Record (ECF No. 78) and Memorandum in Support thereof. Having considered the Motion, relevant docket entries, and applicable law, it is hereby ordered that Plaintiffs' Motion is **GRANTED**.

It is therefore ORDERED that the Administrative Record be Supplemented with the Supplement attached to Plaintiffs'/Intervenors' Motion: Dan Brown & Kathleen Ryan, *The true cost of too much data*, ABA Banking Journal (Feb. 26, 2024), *available at* https://bankingjournal.aba.com/2024/02/the-true-cost-of-too-much-data/.

**SO ORDERED on this _____ day of _____, 2024.**

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS