IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION;<br>RIO BANK, MCALLEN, TEXAS; and<br>AMERICAN BANKERS ASSOCIATION<br><br>         *Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION<br>BUREAU; and ROHIT CHOPRA, in his official<br>capacity as Director of the Consumer Financial<br>Protection Bureau,<br><br>         *Defendants*. | Case No: 7:23-cv-00144 |

**[PROPOSED] ORDER**

  Before the Court is Plaintiffs'/Intervenors' Consolidated Motion for Summary Judgment (ECF No. 79), filed March 1, 2024.  Having considered the Motion, relevant docket entries, and applicable law,

  **IT IS ORDERED** that Plaintiffs'/Intervenors' Motion is **GRANTED**.  The Court hereby **VACATES** and **SETS ASIDE** the Final Rule on Small Business Lending Under the Equal Credit Opportunity Act (Regulation B), 88 Fed. Reg. 35150 (May 31, 2023), and **PERMANENTLY ENJOINS** Defendants from enforcing the Final Rule

**SO ORDERED on this _____ day of _____, 2024.**

                _____
                HON. RANDY CRANE
                UNITED STATES DISTRICT JUDGE
                FOR THE SOUTHERN DISTRICT OF TEXAS