**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| CONSUMER FINANCIAL PROTECTION | § | |
| BUREAU, et al., | § | |
| | § | Case No: 7:23-cv-00144 |
| Defendants. | § | |
| | § | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS**
**CO-COUNSEL FOR CREDIT UNION INTERVENORS**

Christopher O. Murray and Julian R. Ellis, Jr., co-counsel of record for Intervenor-Plaintiffs Credit Union National Association d.b.a. America's Credit Unions, Cornerstone Credit Union League, and Rally Credit Union (collectively, Credit Union Intervenors) in the above-captioned matter, submit this motion for leave to withdraw as co-counsel for Credit Union Intervenors under LR7.2 and 83.2.

LR83.2 permits an attorney to "withdraw by motion and order" and "under the conditions imposed by the Court." Undersigned counsel seek to withdraw as co-counsel for Credit Union Intervenors because they no longer practice at Brownstein Hyatt Farber Schreck LLP. Sarah A. Auchterlonie of Brownstein Hyatt Farber Schreck LLP has entered her appearance for Credit Union Intervenors in this case; thus, undersigned counsels' withdrawal will not interrupt representation of Credit Union Intervenors or the progress of the case.

Undersigned counsel request that they be removed from the docket as co-counsel for Credit Union Intervenors and that all notices of electronic filing issued in this matter be terminated with respect to them. Undersigned counsel acknowledges that Credit Union

Intervenors, through Ms. Auchterlonie, will continue to receive notice of all documents filed in this case.

WHEREFORE, undersigned counsel respectfully request that the Court grant this motion for leave to withdraw.


Dated: March 8, 2024                                     Respectfully submitted,


*s/ Julian R. Ellis, Jr.*
Julian R. Ellis, Jr. (*pro hac vice*)
FIRST & FOURTEENTH PLLC
2 N. Cascade Avenue, Suite 1430
Colorado Springs, Colorado 80903
Email:  julian@first-fourteenth.com
Telephone: (719) 286-2475


*s/ Christopher O. Murray*
Christopher O. Murray
FIRST & FOURTEENTH PLLC
2 N. Cascade Avenue, Suite 1430
Colorado Springs, Colorado 80903
Email: chris@first-fourteenth.com
Telephone: (719) 286-2492

***Attorneys for Credit Union Intervenors***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*s/ Christopher O. Murray.*
Christopher O. Murray
