United States District Court
Southern District of Texas
**ENTERED**
March 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:23-CV-00144 |
| § | |
| CONSUMER FINANCIAL PROTECTION § | |
| BUREAU, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING UNOPPOSED MOTIONS FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR CREDIT UNION INTERVENORS

Upon consideration of the Unopposed Motions for Leave to Withdraw as Co-Counsel for Credit Union Intervenors (Dkt. Nos. 80, 81), the Court hereby **ORDERS** that the Motions are **GRANTED** and Christopher O. Murray and Julian R. Ellis, Jr. are withdrawn as co-counsel for Intervenor Plaintiffs Credit Union National Association d.b.a. America's Credit Unions, Cornerstone Credit Union League, and Rally Credit Union (collectively, Credit Union Intervenors).

SO ORDERED March 20, 2024, at McAllen, Texas.

*[signature: Randy Crane]*

Randy Crane
Chief United States District Judge