Case 7:23-cv-00144   Document 86   Filed on 03/25/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-cv-00144 |
|---|---|---|---|

Texas Bankers Association, et al.

*versus*

Consumer Financial Protection Bureau, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Andrea Matthews<br>Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br>(202) 407-2324 / andrea.matthews@cfpb.gov<br>Massachusetts BBO # 694538 |
|---|---|

| Name of party applicant seeks to appear for: | Consumer Financial Protection Bureau |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/19/2024 | Signed: | /s/ Andrea Matthews |
|---|---|---|

The state bar reports that the applicant's status is:   Active.

| Dated: 03/19/2024 | Clerk's signature *Karen Lopez* |
|---|---|

**Order**

Dated: 3-25-24

This lawyer is admitted *pro hac vice*.

_/s/ Randy Crane_
United States District Judge