UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-CV-00144 |
|---|---|---|---|

TEXAS BANKERS ASSOCIATION;
RIO BANK, MCALLEN, TEXAS; and
AMERICAN BANKERS ASSOCIATION

*versus*

CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen F. Hayes<br>Relman Colfax PLLC<br>1225 19th Street NW Suite 600<br>Washington, D.C. 20036<br>(202) 728-1888    shayes@relmanlaw.com<br>District of Columbia Bar No. 1010531 |

| Name of party applicant seeks to appear for: | FRESNO COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION d/b/a ACCESS PLUS CAPITAL and RESPONSIBLE BUSINESS LENDING COALITION |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/12/2024 | Signed: /s/ Stephen F. Hayes |
|---|---|

The state bar reports that the applicant's status is:

Dated:         Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
                                           United States District Judge