UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-CV-00144 |
|---|---|---|---|

| TEXAS BANKERS ASSOCIATION;<br>RIO BANK, MCALLEN, TEXAS; and<br>AMERICAN BANKERS ASSOCIATION |
|---|
| *versus* |
| CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alessandra B. Markano-Stark<br>Relman Colfax PLLC<br>1225 19th Street NW Suite 600<br>Washington, D.C. 20036<br>(202) 728-1888    amarkano-stark@relmanlaw.com<br>Virginia Bar No. 90007<br>District of Columbia Bar No. 1046817 |
|---|---|

| Name of party applicant seeks to appear for: | FRESNO COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION d/b/a ACCESS PLUS CAPITAL and RESPONSIBLE BUSINESS LENDING COALITION |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/12/2024 | Signed: /s/ Alessandra B. Markano-Stark |
|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge