UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK; and AMERICAN BANKERS ASSOCIATION,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br>　　　　　　　　　　Defendants. | Case No. 7:23-cv-00144 |

[PROPOSED] ORDER

Having considered the parties' submissions and applicable law, it is ordered that Plaintiffs-Intervenors' Motion for Summary Judgment is DENIED and Defendants' Cross-Motion for Summary Judgement is GRANTED.

SO ORDERED this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　HON. RANDY CRANE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE