UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION;<br>RIO BANK; and AMERICAN BANKERS<br>ASSOCIATION,<br><br>                   Plaintiffs,<br>     v.<br><br>CONSUMER FINANCIAL PROTECTION<br>BUREAU and ROHIT CHOPRA, in his<br>official capacity as Director of the Consumer<br>Financial Protection Bureau,<br>                   Defendants. | Case No. 7:23-cv-00144 |

[PROPOSED] ORDER

Having considered the parties' submissions and applicable law, it is ordered that

Plaintiffs-Intervenors' Motion for Summary Judgment is DENIED and Defendants' Cross-

Motion for Summary Judgement is GRANTED.


SO ORDERED this _____ day of _____, 2024.




HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE