Case 7:23-cv-00144   Document 98   Filed on 04/12/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-CV-00144 |
|---|---|---|---|

| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION |
|---|
| *versus* |
| CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen F. Hayes<br>Relman Colfax PLLC<br>1225 19th Street NW Suite 600<br>Washington, D.C. 20036<br>(202) 728-1888    shayes@relmanlaw.com<br>District of Columbia Bar No. 1010531 |
|---|---|

| Name of party applicant seeks to appear for: | FRESNO COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION d/b/a ACCESS PLUS CAPITAL and RESPONSIBLE BUSINESS LENDING COALITION |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/12/2024 | Signed: | /s/ Stephen F. Hayes |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 4/12/2024 | Clerk's signature   *Jennifer Nogueira* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 4-16-24

_____
United States District Judge