United States District Court
Southern District of Texas

**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:23-CV-00144 |
|---|---|---|---|

TEXAS BANKERS ASSOCIATION;
RIO BANK, MCALLEN, TEXAS; and
AMERICAN BANKERS ASSOCIATION

*versus*

CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alessandra B. Markano-Stark<br>Relman Colfax PLLC<br>1225 19th Street NW Suite 600<br>Washington, D.C. 20036<br>(202) 728-1888       amarkano-stark@relmanlaw.com<br>Virginia Bar No. 90007<br>District of Columbia Bar No. 1046817 |
|---|---|

| Name of party applicant seeks to appear for: | FRESNO COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION d/b/a ACCESS PLUS CAPITAL and RESPONSIBLE BUSINESS LENDING COALITION |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/12/2024 | Signed: | /s/ Alessandra B. Markano-Stark |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 4/12/2024 | Clerk's signature   *Jennifer Nogueira* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 4-16-24

_____
United States District Judge