IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION;<br>RIO BANK, MCALLEN, TEXAS; and<br>AMERICAN BANKERS ASSOCIATION<br><br>*Plaintiffs,*<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION<br>BUREAU; and ROHIT CHOPRA, in his<br>official capacity as Director of the Consumer<br>Financial Protection Bureau,<br><br>*Defendants.* | Case No: 7:23-cv-00144 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF THE RESPONSIBLE BUSINESS LENDING COALITION, ACCESS PLUS CAPITAL, THE TEXAS ASSOCIATION OF COMMUNITY DEVELOPMENT CORPORATIONS, ALLIES FOR COMMUNITY BUSINESS, COMMUNITY FIRST FUND, OPPORTUNITY FINANCE NETWORK, AND SCALE LINK AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is a motion filed by the Responsible Business Lending Coalition, Access Plus Capital, the Texas Association of Community Development Corporations, Allies for Community Business, Community First Fund, Opportunity Finance Network, and Scale Link for leave to file a brief as amici curiae in support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, ECF Nos. 90, 91. For good cause shown, the proposed amici's motion is GRANTED.

IT IS HEREBY ORDERED that the Proposed amici's motion is GRANTED.

SIGNED this ___ day of _____, 2024.

_____

The Honorable Randy Crane
Chief United States District Judge