# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*. | Case No: 7:23-cv-00144 |

**PLAINTIFFS'/INTERVENORS' NOTICE REGARDING**
***CFPB v. COMMUNITY FINANCIAL SERVICES ASSOCIATION***
**AND SCHEDULING**

As the Court is aware, the Supreme Court recently reversed the Fifth Circuit's decision regarding the constitutionality of the funding for the Consumer Financial Protection Bureau. *CFPB v. Cmty. Fin. Servs. Ass'n of Am.*, 2024 WL 2193873 (U.S. May 16, 2024). This Court previously stayed and extended all compliance deadlines for the Final Rule at issue here—Small Business Lending Under the Equal Credit Opportunity Act, 88 Fed. Reg. 35,150—"until after the Supreme Court's final decision" in *Community Financial*. ECF No. 25 at 17; ECF No. 69 at 7. Now that the stay period has presumably ended, the CFPB is instituting new compliance dates accounting for the 290-day period during which the Final Rule was stayed. *See* ECF No. 97 at 2; *see also* ECF No. 25 at 17 (ordering the CFPB to "extend Plaintiffs and their members' deadlines for compliance with the requirements of the Final Rule to compensate for the period stayed"); ECF No. 69 at 7–8 (same for Intervenors).

The parties previously sought and obtained a stipulated scheduling order from the Court for briefing on cross-motions for summary judgment. ECF No. 73 (modified by ECF No. 76). The purpose of the parties requesting that order was to provide the Court with comprehensive briefing on the APA challenges to the Final Rule without the need to seek additional emergency relief if and when the Supreme Court reversed the Fifth Circuit in *Community Financial*. That briefing is nearly complete—only Defendants' Reply Brief remains outstanding and it is due on June 7, 2024.

Even though the Plaintiffs/Intervenors do not wish to create an emergency for the Court in deciding this case, it is worth noting that the active compliance dates set forth by the CFPB again trigger the window in which Plaintiffs/Intervenors and their members must begin preparing to comply with the Final Rule. *See* ECF No. 25 at 13; ECF No. 69 at 3. These compliance costs will be substantial, too. *See* ECF No. 78 at 4 (showing current implementation costs as exceeding $6.8

1

Billion *for the banking industry alone*).  And as this Court previously recognized, "the Fifth Circuit has accepted projected compliance costs as constituting irreparable harm."  ECF No. 25 at 14 (citing *Texas v. EPA*, 829 F.3d 405, 433–44 (5th Cir. 2016)).

      Plaintiffs/Intervenors do not seek to disturb the current briefing schedule already requested or alter that process, but would like to make the Court aware that they will be ready to argue the cross-motions for summary judgment—and the related Motion to Supplement the Administrative Record, ECF No. 78—at the earliest date the Court is able to provide.  The parties understand, of course, that the Court will need time to digest the briefing, but appreciate the Court's consideration of the urgency of the situation, especially in light of the extensive costs and irreparable harm to be incurred by Plaintiffs/Intervenors and their members while preparing to comply with the Final Rule.  Subject to the Court's schedule, Plaintiffs' counsel will be able to present arguments in person before this Court at any time after Defendants' Reply Brief is filed, except for the days of July 1st–4th, 2024.

May 24, 2024                                            Respectfully submitted.

/s/ *John C. Sullivan*
John C. Sullivan
Attorney-in-Charge
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

James J. Butera*
Ryan Israel*
**MEEKS, BUTERA & ISRAEL PLLC**
2020 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 795-9714
jbutera@meeksbi.com
risrael@meeksbi.com

Thomas Pinder*
Andrew Doersam*
**AMERICAN BANKERS ASSOCIATION**
1333 New Hampshire Avenue, NW
Washington, DC 20036
tpinder@aba.com
adoersam@aba.com

*Counsel for Plaintiffs Texas Bankers Association, Rio Bank, and American Bankers Association*

* *admitted pro hac vice*

3

/s/ *James Bowen*
James Bowen
Elbert Lin
Erica Nicole Peterson
Jennifer Lauren Clyde
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone: (214) 468-3309
Facsimile: (214) 880-0011
jbowen@huntonak.com

*Counsel for Intervenors Texas First Bank, Independent Bankers Association of Texas, and Independent Community Bankers of America*

/s/ *Misha Tseytlin*
Misha Tseytlin
Joseph J. Reilly
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-2908
joseph.reilly@troutman.com


Daniel Gordon Gurwitz
**ATLAS HALL RODRIGUEZ LLP**
818 West Pecan Boulevard
McAllen, TX 78501
Telephone: (956) 682-5501
dgurwitz@atlashall.com


*Counsel for Intervenors Texas Farm Credit, Farm Credit Council, and Capital Farm Credit*

/s/ *Owen Colin Babcock*
Alan Bartlett Padfield
Kelsey Nicole Linendoll
Owen Colin Babcock
**PADFIELD & STOUT LLP**
421 West Third Street, Suite 910
Fort Worth, TX 76102
Telephone: (817) 338-1616
Facsimile: (817) 338-1610
obabcock@padfieldstout.com

*Counsel for Intervenors XL Funding, LLC, and Equipment Leasing and Finance Association*


/s/ *Sarah J. Auchterlonie*
Sarah J. Auchterlonie
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
675 15th Street, Suite 2900
Denver, CO 80202
Telephone: (602) 362-0034
Facsimile: (303) 223-1111
sja@bhfs.com

*Counsel for Intervenors Rally Credit Union, America's Credit Unions (formerly Credit Union National Association), and Cornerstone Credit Union League*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed on May 24, 2024, via the CM/ECF system and served via CM/ECF on all Counsel of record.

*/s/ John C. Sullivan*
John C. Sullivan

*Counsel for Plaintiffs*
