IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>    Defendants. | Case No. 7:23-cv-00144 |

**NOTICE OF FILING OF AMENDED CERTIFIED LIST
OF CONTENTS OF ADMINISTRATIVE RECORD**

Defendant Consumer Financial Protection Bureau hereby submits an amended certified list of the contents of the administrative record in this case. The amended index includes certain publicly available comment letters, listed on pages 179-182, that were inadvertently not included in the initial index of the record. These materials have been publicly available on Regulations.gov for the duration of this litigation, and Bates-stamped versions were produced to Plaintiffs-Intervenors on April 16, 2024. This filing consists of (1) a certification of the record by the Bureau's Deputy Executive Secretariat and (2) the amended list of contents of the administrative record.

Dated: June 3, 2024

Respectfully submitted,

*/s/ Kevin E. Friedl*
Kevin E. Friedl (NY #5240080)
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-9268
kevin.friedl@cfpb.gov

*Counsel for Defendants*