IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, <br><br>             Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br>             Defendants. | Case No. 7:23-cv-00144 |

**NOTICE OF RULEMAKING TO EXTEND COMPLIANCE DATES**

Defendants write to notify the Court that, consistent with the Court's previous orders tolling the compliance dates of the Small Business Lending Rule, ECF Nos. 25 and 69, and Defendants' May 17, 2024 notice to the Court, ECF No. 97, the Consumer Financial Protection Bureau today issued an interim final rule extending the Rule's compliance dates. *See* CFPB, *Small Business Lending under the Equal Credit Opportunity Act (Regulation B); Extension of Compliance Dates*, https://www.consumerfinance.gov/rules-policy/final-rules/small-business-lending-under-the-equal-credit-opportunity-act-regulation-b-extension-of-compliance-dates/.

The new compliance dates are as follows:

| Compliance tier | Original compliance date | New compliance date | First filing deadline |
|---|---|---|---|
| Tier 1 institutions (highest volume lenders) | October 1, 2024 | July 18, 2025 | June 1, 2026 |
| Tier 2 institutions (moderate volume lenders) | April 1, 2025 | January 16, 2026 | June 1, 2027 |
| Tier 3 institutions (smallest volume lenders) | January 1, 2026 | October 18, 2026 | June 1, 2027 |

Dated: June 25, 2024

Respectfully submitted,

Seth Frotman
   *General Counsel*
Steven Y. Bressler
   *Deputy General Counsel*
Christopher Deal
   *Assistant General Counsel*

/s/ Kevin E. Friedl

Kevin E. Friedl (NY #5240080)
   *Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-9268
kevin.friedl@cfpb.gov

*Counsel for Defendants*