United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 7:23-CV-144 § CONSUMER FINANCIAL PROTECTION § BUREAU, *et al.*, § § Defendants. § | |

### ORDER RESETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter (previously set for June 27, 2024) is hereby reset for status conference on July 29, 2024, at 10:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED June 26, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge