# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> CONSUMER FINANCIAL PROTECTION § <br> BUREAU, et al., § <br> § <br> Defendants. § <br> § | Case No: 7:23-cv-00144 |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Gary R. Gurwitz, of the law firm Atlas, Hall & Rodriguez, LLP, hereby enters his appearance on behalf of Intervenor-Plaintiffs Farm Credit Council, Texas Farm Credit, and Capital Farm Credit (collectively "Farm Credit Intervenors") for the purpose of appearing at today's hearing for counsel, Daniel G. Gurwitz, who was unable to appear today due to a conflict. Mr. Gary Gurwitz is admitted to practice in this Court.

Dated: July 29, 2024.

                                                              Respectfully submitted,

                                                              __*/s/ Gary R. Gurwitz*_____
                                                              Gary R. Gurwitz
                                                              Texas Bar No. 08631000
                                                              Email: grgurwitz@atlashall.com

OF COUNSEL:
Atlas, Hall & Rodriguez, LLP
818 Pecan Blvd.
P.O. Box 3725
McAllen, Texas 78501/ 78502-3725
Tel: 956-682-5501
Fax: 956-686-6109

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*s/ Gary R. Gurwitz*
Gary R. Gurwitz