United States District Court
Southern District of Texas
**ENTERED**
July 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 7:23-CV-144 § CONSUMER FINANCIAL PROTECTION § BUREAU, *et al.*, § § Defendants. § | |

## ORDER SETTING VIDEO STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for video status conference via Zoom on August 27, 2024, at 10:30 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED July 29, 2024, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
Chief United States District Judge