IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*. | Case No. 7:23-cv-00144 |

## [PROPOSED] ORDER

Upon consideration of the Motion to Amend Complaint in Intervention and Brief in Support (the "Motion") filed by Farm Credit Council (the "Council"), Texas Farm Credit ("TFC"), and Capital Farm Credit ("CFC") (collectively, the "Farm Credit Intervenors"), the Court hereby ORDERS that the Motion is GRANTED and the Complaint in Intervention is amended in substantially the same form as the First Amended Complaint in Intervention which accompanies the Motion.

SO ORDERED _____, 2024, at McAllen, Texas.

_____
The Honorable Randy Crane
United States Chief District Judge