# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*. | Case No: 7:23-cv-00144 |

**PLAINTIFFS'/INTERVENORS' RESPONSE TO
MOTION TO AMEND COMPLAINT (ECF NO. 108) AND
MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 107)**

Plaintiffs file this response to the motions brought by Intervenors the Farm Credit Council, Texas Farm Credit, and Capital Farm Credit (collectively, the "Farm Credit Intervenors") related to their argument that the CFPB lacked funding under 12 U.S.C. § 5497 when it issued the Final Rule at the center of this case. *See* ECF Nos. 107 & 108. While Plaintiffs have not yet been able to fully vet the argument and any possible consequences for the banking industry, it is apparent that the underlying argument must be addressed. Plaintiffs and their members, however, cannot afford further delays in addressing the root problems the § 1071 Final Rule poses under the Administrative Procedure Act. As a result, Plaintiffs ask this Court to allow the Farm Credit Intervenors to amend their Complaint and bring the funding argument, but to proceed with issuing a partial summary judgment ruling on the APA challenges that are ripe. This will potentially allow Plaintiffs, Intervenors, and their members to have relief from preparing for the Final Rule even while the Court considers the alternate argument now raised.

As this Court previously recognized, "the Fifth Circuit has accepted projected compliance costs as constituting irreparable harm." ECF No. 25 at 14 (citing *Texas v. EPA*, 829 F.3d 405, 433–44 (5th Cir. 2016)). But because the Final Rule was on hold until *CFPB v. Cmty. Fin. Servs. Ass'n of Am.*, 601 U.S. at 418 (2024), was decided, the parties were able to fully brief their cross-motions and not seek emergency relief. Now that *Community Financial* has been decided, the CFPB has revised its compliance dates to account for the prior injunction. Nevertheless, the banks are back on the compliance clock and will again need to start preparing to implement the Final Rule next year. And the Court is aware that the compliance costs will be substantial, too. *See* ECF No. 78 at 4 (showing current implementation costs as exceeding $6.8 Billion *for the banking industry alone*).

1

The Court has been clear that it fully appreciates the urgency of the situation. Therefore, the Plaintiffs ask that the Court issue a partial summary judgment order in line with its previously-contemplated schedule while the funding argument is under consideration. This will give Plaintiffs, Intervenors, and Defendants additional certainty about preparations that are already underway.

## CONCLUSION

Based on the foregoing, Plaintiffs-Intervenors respectfully request that this Court issue its ruling on the Cross-Motions for Summary Judgment and Motion to Supplement the Administrative Record while the Farm Credit Intervenors' motions are pending.

August 2, 2024                                             Respectfully submitted.

                                                                    */s/ John C. Sullivan*
John C. Sullivan
Attorney-in-Charge
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

James J. Butera*
Ryan Israel*
**MEEKS, BUTERA & ISRAEL PLLC**
2020 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 795-9714
jbutera@meeksbi.com
risrael@meeksbi.com

Thomas Pinder*
Andrew Doersam*
**AMERICAN BANKERS ASSOCIATION**
1333 New Hampshire Avenue, NW
Washington, DC 20036
tpinder@aba.com
adoersam@aba.com

*Counsel for Plaintiffs Texas Bankers Association, Rio Bank, and American Bankers Association*

* *admitted pro hac vice*

3

*/s/ James Bowen*
James Bowen
Elbert Lin
Erica Nicole Peterson
Jennifer Lauren Clyde
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone: (214) 468-3309
Facsimile: (214) 880-0011
jbowen@huntonak.com

*Counsel for Intervenors Texas First Bank, Independent Bankers Association of Texas, and Independent Community Bankers of America*

*/s/ Owen Colin Babcock*
Alan Bartlett Padfield
Kelsey Nicole Linendoll
Owen Colin Babcock
**PADFIELD & STOUT LLP**
421 West Third Street, Suite 910
Fort Worth, TX 76102
Telephone: (817) 338-1616
Facsimile: (817) 338-1610
obabcock@padfieldstout.com

*Counsel for Intervenors XL Funding, LLC, and Equipment Leasing and Finance Association*

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed on August 2, 2024, via the CM/ECF system and served via CM/ECF on all Counsel of record.

*/s/ John C. Sullivan*
John C. Sullivan

*Counsel for Plaintiffs*