IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>Defendants. | Case No: 7:23-cv-00144 |

**AMERICA'S CREDIT UNIONS NOTICE OF NON-OBJECTION**

America's Credit Unions (ACU), through counsel, file this Notice of Non-Objection to and in Support of the motions brought by Intervenors the Farm Credit Council, Texas Farm Credit, and Capital Farm Credit (collectively, the "Farm Credit Intervenors") related to their argument that the Consumer Financial Protection Bureau (CFPB) lacked funding under 12 U.S.C. § 5497 when it issued the Final Rule at the center of this case. See ECF Nos. 107 & 108.

Dated: August 8, 2024.                                Respectfully submitted,

                                                                    */s/ Sarah J. Auchterlonie*
                                                                    Sarah J. Auchterlonie

                                                                    *Counsel for America's Credit Unions*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                         */s/ Sarah J. Auchterlonie*
                                         Sarah J. Auchterlonie