UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK; and AMERICAN BANKERS ASSOCIATION,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br>　　　　　　　　Defendants. | Case No. 7:23-cv-00144 |

[PROPOSED] ORDER

Having considered the submission/s and applicable law, it is ordered that the Defendants' deadline for responding to Intervenors' Motion for Judgment on the pleadings is STAYED until after the Court decides whether Intervenor's complaint can be amended and Defendants have answered any amended complaint.

SO ORDERED this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　HON. RANDY CRANE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE