United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 7:23-CV-144 § CONSUMER FINANCIAL PROTECTION § BUREAU, *et al.*, § § Defendants. § | |

### ORDER RESETTING STATUS CONFERENCE

In order to permit the court sufficient time to review the three recently filed motions (Dkt. Nos. 107, 108 and 111), it is ORDERED that this matter (previously set for August 27, 2024) is hereby reset for status conference on September 24, 2024, at 11:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas. Parties and counsel are permitted to attend by Zoom.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED August 26, 2024, at McAllen, Texas.

_Randy Crane_
Randy Crane
Chief United States District Judge