United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 7:23-CV-144 § CONSUMER FINANCIAL PROTECTION § BUREAU, *et al.*, § § Defendants. § | |

## ORDER

Before the Court is the defendants' motion to stay deadline to respond to Farm Credit Intervenors' motion for judgment on the pleadings [Dkt. 111]. Having considered the arguments of counsel, the court GRANTS the motion.

IT IS HEREBY ORDERED that the defendants' response to Farm Credit Intervenors' motion for judgment on the pleadings is stayed until further notice.

SO ORDERED August 26, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge