# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*. | Case No: 7:23-cv-00144 |

## [PROPOSED] ORDER

Before the Court is Plaintiffs'/Intervenors' Motion to Certify the Court's August 26, 2024 Opinion and Order (ECF 115) as Final under Rule 54(b). Having considered the Motion, relevant docket entries, and applicable law, it is hereby ordered that Plaintiffs' Motion is **GRANTED**.

It is therefore ORDERED that Court's Opinion and Order (ECF 115) is FINAL as to the Plaintiffs and Intervenors listed in the Motion.

**SO ORDERED on this** _____ **day of** _____ **, 2024.**

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS