**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION, | ) ) ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 7:23-cv-00144 |
| CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, | ) ) ) ) ) | |
| | ) | |
| *Defendants*. | ) ) ) | |

**FARM CREDIT COUNCIL'S, CAPITAL FARM CREDIT'S AND TEXAS FARM CREDIT'S NOTICE OF WITHDRAWAL OF MOTION TO AMEND COMPLAINT AND MOTION FOR JUDGMENT**

Intervenor-Plaintiffs the Farm Credit Council, Capital Farm Credit and Texas Farm Credit file this Notice of Withdrawal to withdraw, without prejudice, their Motion to Amend Complaint in Intervention, Dkt.108, and their Motion for Judgment on the Pleadings, Dkt.107.

Dated: September 13, 2024

Respectfully submitted,

*/s/ Daniel G. Gurwitz*
Daniel G. Gurwitz
State Bar No. 00787608
Southern Dist. ID No. 16895
Email: dgurwitz@atlashall.com

OF COUNSEL:                                        Attorney in charge for Farm Credit Council,
Atlas, Hall & Rodriguez, LLP                       Texas Farm Credit  and Capital Farm Credit
818 Pecan Blvd.
P.O. Box 3725
McAllen, Texas 78501/ 78502-3725
Tel: 956-682-5501
Fax: 956-686-6106

Joseph J. Reilly
TROUTMAN PEPPER
HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
(202) 274-2908
joseph.reilly@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed on September 13, 2024, via the CM/ECF system and via email courtesy copy to Counsel for Defendants.

<u>/s/ Daniel G. Gurwitz</u>
Daniel G. Gurwitz

Attorney in charge for Farm Credit Council, Texas Farm Credit and Capital Farm Credit