IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br><br> *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Case No. 7:23-cv-00144<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Farm Credit Council's (the "Council"), Capital Farm Credit's ("CFC"), and Texas Farm Credit's ("TFC") Notice Of Withdrawal of Motion to Amend Complaint and Motion for Judgment, the Court hereby GRANTS without prejudice the Council's, CFC's and TFC's withdrawal of their Motion to Amend Complaint and Motion for Judgment.

SO ORDERED _____, 2024, at McAllen, Texas.

_____
The Honorable Randy Crane
United States Chief District Judge