United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION,  *Plaintiffs*,  v.  CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,  *Defendants*. | Case No. 7:23-cv-00144 |

## ORDER

Upon consideration of the Farm Credit Council's (the "Council"), Capital Farm Credit's ("CFC"), and Texas Farm Credit's ("TFC") Notice Of Withdrawal of Motion to Amend Complaint and Motion for Judgment, the Court hereby GRANTS without prejudice the Council's, CFC's and TFC's withdrawal of their Motion to Amend Complaint and Motion for Judgment.

SO ORDERED September 16, 2024, at McAllen, Texas.

_____
The Honorable Randy Crane
United States Chief District Judge