IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>*Defendants*. | Civil Action No. 7:23-cv-00144 |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'/INTERVENORS' MOTION TO CERTIFY AS FINAL THE COURT'S AUGUST 26, 2024 OPINION AND ORDER**

In light of the Court's Order granting summary judgment to Defendants and denying Plaintiffs'/Intervenors' motion to supplement the record and motion for summary judgment (ECF 115), and the Farm Credit Intervenors' Notice of withdrawal of their Motion to Amend their Complaint and of their Motion for Judgment (ECF No. 120), and the Court's Order granting those withdrawals (ECF No. 121), the Court has resolved all live claims in this case. Defendants therefore do not oppose entry of final judgment as to all claims and parties.

Dated:  September 20, 2024

Respectfully submitted,

*/s/   Karen S. Bloom*
Seth Frotman
  *General Counsel*
Steven Y. Bressler
  *Deputy General Counsel*
Kevin E. Friedl

1

*Acting Assistant General Counsel*

Karen S. Bloom (NY # 4438917)
Andrea Matthews (MA #694538)
  *Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7012 (phone)
(202) 435-7024 (facsimile)
karen.bloom@cfpb.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/    *Karen S. Bloom*