### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION;<br>RIO BANK, MCALLEN, TEXAS; and<br>AMERICAN BANKERS ASSOCIATION<br><br><p align="right">*Plaintiffs*,</p><br>v.<br><br>CONSUMER FINANCIAL PROTECTION<br>BUREAU; and ROHIT CHOPRA, in his official<br>capacity as Director of the Consumer Financial<br>Protection Bureau,<br><br><p align="right">*Defendants*.</p> | Case No: 7:23-cv-00144 |

### PLAINTIFFS'/INTERVENORS' OPPOSED MOTION TO
### STAY AND TOLL THE CFPB DEADLINES PENDING APPEAL

Plaintiffs and Intervenors are filing a notice of appeal (as soon as this Court rules on this motion) from this Court's Final Judgment, ECF No. 123, and plan to seek expedition of that appeal and a stay of the compliance deadlines from the Fifth Circuit for the Consumer Financial Protection Bureau's "Final Rule" at issue here—88 Fed. Reg. 35150 (May 31, 2023). Consistent with Federal Rule of Appellate Procedure 8(a)(2)(A)(ii) and pursuant to Local Rule 7.1, however, Plaintiffs/Intervenors seek that relief from this Court first. Much like this Court did pending the outcome of *CFPB v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, 601 U.S. 416, 422 (2024), this Court should issue an order staying and tolling the compliance deadlines for the Final Rule and its enforcement until the Fifth Circuit resolves Plaintiffs'/Intervenors' appeal, *see* ECF No. 25 at 17; ECF No. 69 at 7-8.

This Court should do so because Plaintiffs/Intervenors satisfy the requirements for such a stay. *See Plaquemines Par. v. Chevron USA, Inc.*, 84 F.4th 362, 373 (5th Cir. 2023) (setting forth

the stay factors).  Although Plaintiffs/Intervenors recognize that this Court disagreed with its arguments under the APA, Plaintiffs/Intervenors respectfully submit that, as detailed in their summary-judgment briefing, there are substantial arguments to be presented on appeal that the Final Rule is in excess of statutory authority, and arbitrary and capricious.  *See* ECF No. 79 at 10-34; ECF No. 95 at 3-30.  Moreover, as detailed in the declarations filed in support of Plaintiffs'/Intervenors' preliminary-injunction motions, ECF No. 12-1, Exhibit A; ECF No. 12-2, Exhibit B; ECF No. 12-3, Exhibit C; ECF No. 44, Exhs. 1-3; ECF. No. 45, Exhs. A-C; ECF No. 54, Exhs. A, B, and as this Court recognized when it granted preliminary relief earlier in this litigation, Plaintiffs'/Intervenors' members will be irreparably harmed if the compliance deadlines are not paused, ECF No. 25 at 13-14; ECF No. 69 at 2-3, and the balance of equities favors a stay because the harms Plaintiffs/Intervenors will incur are substantial and irreparable and any claimed harm to Defendants is, at best, minimal, *see* ECF No. 69 at 3-4.  Any harms to the government from delay will be mitigated by the request for an expedited appeal.

For the foregoing reasons, Plaintiffs/Intervenors ask this Court to issue an order staying and tolling the compliance deadlines for the Final Rule and its enforcement until the Fifth Circuit resolves Plaintiffs'/Intervenors' appeal.

October 15, 2024                              Respectfully submitted,

                                             */s/ John C. Sullivan*
                                             John C. Sullivan
                                             Attorney-in-Charge
                                             Texas Bar No. 24083920
                                             **S|L LAW PLLC**
                                             610 Uptown Boulevard, Suite 2000
                                             Cedar Hill, TX 75104
                                             Telephone: (469) 523-1351
                                             Facsimile: (469) 613-0891
                                             john.sullivan@the-sl-lawfirm.com

                                             James J. Butera*
                                             Ryan Israel*
                                             **MEEKS, BUTERA & ISRAEL PLLC**
                                             2020 Pennsylvania Avenue, NW
                                             Washington, DC 20006
                                             Telephone: (202) 795-9714
                                             jbutera@meeksbi.com
                                             risrael@meeksbi.com

                                             Thomas Pinder*
                                             Andrew Doersam*
                                             **AMERICAN BANKERS ASSOCIATION**
                                             1333 New Hampshire Avenue, NW
                                             Washington, DC 20036
                                             tpinder@aba.com
                                             adoersam@aba.com

                                             *Counsel for Plaintiffs Texas Bankers
                                             Association, Rio Bank, and American
                                             Bankers Association*

                                             *\* admitted pro hac vice*

3

/s/ James Bowen
James Bowen
Elbert Lin
Erica Nicole Peterson
Jennifer Lauren Clyde
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone: (214) 468-3309
Facsimile: (214) 880-0011
jbowen@huntonak.com

*Counsel for Intervenors Texas First Bank,
Independent Bankers Association of Texas,
and Independent Community Bankers of
America*


/s/ Misha Tseytlin
Misha Tseytlin
Joseph J. Reilly
**TROUTMAN PEPPER HAMILTON SANDERS
LLP**
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-2908
joseph.reilly@troutman.com

Daniel Gordon Gurwitz
**ATLAS HALL RODRIGUEZ LLP**
818 West Pecan Boulevard
McAllen, TX 78501
Telephone: (956) 682-5501
dgurwitz@atlashall.com

*Counsel for Intervenors Texas Farm Credit,
Farm Credit Council, and Capital Farm
Credit*


/s/ Owen Colin Babcock
Alan Bartlett Padfield
Kelsey Nicole Linendoll
Owen Colin Babcock
**PADFIELD & STOUT LLP**
421 West Third Street, Suite 910
Fort Worth, TX 76102
Telephone: (817) 338-1616
Facsimile: (817) 338-1610
obabcock@padfieldstout.com

*Counsel for Intervenors XL Funding, LLC,
and Equipment Leasing and Finance
Association*


/s/ Sarah J. Auchterlonie
Sarah J. Auchterlonie
**BROWNSTEIN HYATT FARBER SCHRECK,
LLP**
675 15th Street, Suite 2900
Denver, CO 80202
Telephone: (602) 362-0034
Facsimile: (303) 223-1111
sja@bhfs.com

*Counsel for Intervenors Rally Credit Union,
America's Credit Unions (formerly Credit
Union National Association), and
Cornerstone Credit Union League*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), I hereby certify that I conferred with Kevin Friedl and Karen Bloom, Counsel for the CFPB, by email on October 15, 2024 regarding the relief sought in this Motion.  Defendants are opposed to the relief sought in this Motion.

*/s/ John C. Sullivan*
John C. Sullivan

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed on October 15, 2024, via the CM/ECF system and via email courtesy copy to Counsel for Defendants.

*/s/ John C. Sullivan*
John C. Sullivan

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

This document was prepared using Microsoft Word 365, 2022 Version.  It is written in Times New Roman typeface using 12-point font.  The Motion to Stay Pending Appeal contains 400 words.

*/s/ John C. Sullivan*
John C. Sullivan

*Counsel for Plaintiffs*