# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*. | Case No: 7:23-cv-00144 |

## [PROPOSED] ORDER

Before the Court is Plaintiffs'/Intervenors' Motion to Stay and Toll the Deadlines for the CFPB's Final Rule at issue in this case—88 Fed. Reg. 35150 (May 31, 2023). Having considered the Motion, relevant docket entries, and applicable law, it is hereby ordered that Plaintiffs' Motion is **GRANTED**.

It is therefore ORDERED that the compliance dates for the CFPB's Final Rule are stayed.

**SO ORDERED** on this _____ day of _____, 2024.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS