APPEAL,APPEAL_NAT,CLOSED,MAG

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CIVIL DOCKET FOR CASE #: 7:23-cv-00144
### Internal Use Only

| | |
|---|---|
| Texas Bankers Association et al v. Consumer Financial Protection Bureau et al<br>Assigned to: Chief Judge Randy Crane<br>Cause: 05:702 Administrative Procedure Act | Date Filed: 04/26/2023<br>Date Terminated: 09/23/2024<br>Jury Demand: None<br>Nature of Suit: 899 Other Statutes:<br>Administrative Procedures Act/Review or<br>Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Texas Bankers Association**                                            represented by   **James J Butera**
Meeks, Butera & Israel PLLC
2020 Pennsylvania Ave., NW
Washington, DC 20006
(202) 285-3382
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan David Israel**
Meeks, Butera & Israel PLLC
2020 Pennsylvania Ave NW #478
Washington, DC 20006
202-257-1873
Email: risrael@meeksbi.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Clay Sullivan**
SL Law PLLC
610 Uptown Boulevard
Suite 2000
Cedar Hill, TX 75104
469-523-1351
Fax: 469-613-0891
Email: john.sullivan@the-sl-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rio Bank**
*McAllen, Texas*

represented by **James J Butera**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan David Israel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Clay Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Bankers Association**

represented by **Andrew Doersam**
1333 New Hampshire Ave NW
Washington, DC 20036
202-663-5035
Email: adoersam@aba.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Pinder**
1333 New Hampshire Ave NW
Washington, DC 20036
202-663-5028
Email: tpinder@aba.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Clay Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas First Bank**

represented by **James W Bowen**
Hunton Andrews Kurth LLP
1445 Ross Ave
Ste 3700
Dallas, TX 75202
214-468-3309
Fax: 214-880-0011
Email: jbowen@huntonak.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elbert Lin**
Hunton Andrews Kurth LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219-4074
804-788-7207
Fax: 804-788-8218
Email: elin@hunton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Nicole Peterson**
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037
202-955-1932
Email: epeterson@hunton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lauren Clyde**
Hunton Andrews Kurth LLP
1445 Ross Ave.
Ste. 3700
Dallas, TX 75202
214-979-3000
Email: jclyde@huntonak.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Independent Bankers Association of Texas**    represented by **James W Bowen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elbert Lin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Nicole Peterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lauren Clyde**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Independent Community Bankers of America**    represented by **James W Bowen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elbert Lin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Nicole Peterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lauren Clyde**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

**Consumer Financial Protection Bureau**    represented by **Kevin E. Friedl**
Consumer Financial Protection Bureau
1700 G St NW
Washington, DC 20522
202-435-9268
Email: kevin.friedl@cfpb.gov

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrea Matthews**
Consumer Financial Protection Bureau
1700 G Street Northwest
Washington, DC 20552
202-435-7591
Email: andrea.matthews@cfpb.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen S Bloom**
Consumer Financial Protection Bureau
1700 G St., N.W.
Washington, DC 20552
202-435-7012
Email: karen.bloom@cfpb.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rohit Chopra**                        represented by   **Kevin E. Friedl**
*in his official capacity as Director of the*            (See above for address)
*CFPB*                                                    *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Andrea Matthews**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Karen S Bloom**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Texas Farm Credit**                   represented by   **Joseph J Reilly**
                                                          Troutman Pepper Hamilton Sanders LLP
                                                          401 9th St NW
                                                          Ste 1000
                                                          Washington, DC 20004
                                                          202-274-2908
                                                          Email: joseph.reilly@troutman.com
                                                          *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Misha Tseytlin**
Troutman Pepper Hamilton Sanders LLP
227 W. Monroe St
Ste 3900
Chicago, IL 60606
312-759-5947
Email: misha.tseytlin@troutman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Gordon Gurwitz**
Atlas Hall Rodriguez LLP
818 Pecan
McAllen, TX 78502
956-682-5501
Email: dgurwitz@atlashall.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Farm Credit Council**                    represented by   **Joseph J Reilly**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Misha Tseytlin**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Daniel Gordon Gurwitz**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Capital Farm Credit**                    represented by   **Joseph J Reilly**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Misha Tseytlin**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Daniel Gordon Gurwitz**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Rally Credit Union**                              represented by  **Christopher Owen Murray**
First & Fourteenth PLLC
2 N. Cascade Avenue
Suite 1430
Colorado Springs, CO 80903
719-428-2492
Email: chris@first-fourteenth.com
*TERMINATED: 03/20/2024*

**Julian R. Ellis , Jr**
First & Fourteenth PLLC
Brownstein Hyatt Farber Schreck, LLP
2 N. Cascade Avenue
Suite 1430
Colorado Springs, CO 80903
719-286-2475
Email: julian@first-fourteenth.com
*TERMINATED: 03/20/2024*

**Julian R. Ellis, Jr**
Brownstein Hyatt Harber Schreck, LLP
675 15th St
Ste 2900
Denver, CO 80202
303-223-1142
Email: jellis@bhfs.com
*TERMINATED: 03/20/2024*
*PRO HAC VICE*

**Sarah Johnson Auchterlonie**
Brownstein Hyatt Farber Schreck, LLP
675 15th St.
Suite 2900
Denver, CO 80202
303-223-1228
Email: sja@bhfs.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Credit Union National Association**              represented by  **Christopher Owen Murray**
(See above for address)
*TERMINATED: 03/20/2024*

**Julian R. Ellis , Jr**

(See above for address)
*TERMINATED: 03/20/2024*

**Julian R. Ellis, Jr**
(See above for address)
*TERMINATED: 03/20/2024*
*PRO HAC VICE*

**Sarah Johnson Auchterlonie**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Cornerstone Credit Union League**              represented by  **Christopher Owen Murray**
(See above for address)
*TERMINATED: 03/20/2024*

**Julian R. Ellis , Jr**
(See above for address)
*TERMINATED: 03/20/2024*

**Julian R. Ellis, Jr**
(See above for address)
*TERMINATED: 03/20/2024*
*PRO HAC VICE*

**Sarah Johnson Auchterlonie**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Amicus**</u>

**Fresno Community Development**              represented by  **Alessandra Baniel Markano-Stark**
**Finanancial Institution d/b/a Access**                        Relman Colfax PLLC
**Plus Capital**                                                1225 19th Street NW
Suite 600
Washington, DC 20036
202-728-1888
Email: amarkano-stark@relmanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Hayes**
Relman Colfax PLLC
1225 19th St NW
Suite 600

Washington, DC 20036
202-728-1888
Email: shayes@relmanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Responsible Business Lending Coalition**                                              represented by    **Alessandra Baniel Markano-Stark**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Hayes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Texas Association of Community Development Corporations**                             represented by    **Stephen Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Allies for Community Business**                                                       represented by    **Stephen Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Community First Fund**                                                                represented by    **Stephen Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Great Rivers Community Trust, d/b/a Scale Link**                                      represented by    **Stephen Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Opportunity Finance Network**                                                        represented by    **Stephen Hayes**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**XL FUNDING, LLC d/b/a Axle**
**Funding, LLC**

represented by **Alan Bartlett Padfield**
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102
817-338-1616
Fax: 817-338-1610
Email: abp@livepad.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Nicole Linendoll , I**
Padfield & Stout, LLP
100 Throckmorton Street
Ste. 700
Fort Worth, TX 76102
817-338-1616
Fax: 817-338-1610
Email: klinendoll@padfieldstout.com
*ATTORNEY TO BE NOTICED*

**Owen Colin Babcock**
Padfield & Stout, LLP
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102
817-338-1616
Fax: 817-338-1610
Email: obabcock@padfieldstout.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Equipment Leasing and Finance**
**Association**

represented by **Alan Bartlett Padfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Nicole Linendoll , I**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Owen Colin Babcock**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2023 | 1 | COMPLAINT against All Defendants (Filing fee $ 402 receipt number ATXSDC-29814177) filed by Rio Bank McAllen, TX, Texas Bankers Association. (Attachments: # 1 Exhibit A - Embrey Declaration, # 2 Exhibit B - Sasser Declaration with Exhibit 1)(Sullivan, John) (Entered: 04/26/2023) |
| 04/26/2023 | 2 | Civil Cover Sheet by Rio Bank McAllen, TX, Texas Bankers Association, filed. (Sullivan, John) (Entered: 04/26/2023) |
| 04/26/2023 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/5/2023 at 09:30 AM before Chief Judge Randy Crane (by Chief Judge Randy Crane) Parties notified.(klopez, 7) (Entered: 04/26/2023) |
| 04/28/2023 | 4 | Request for Issuance of Summons as to All Defendants, Attorney General of the United States, US Attorney for the Southern District of Texas, filed. (Attachments: # 1 Continuation Summons, # 2 Continuation Summons, # 3 Continuation Summons, # 4 Continuation Summons, # 5 Continuation Summons) (Sullivan, John) (Entered: 04/28/2023) |
| 04/28/2023 | 5 | Summons Issued as to All Defendants. Issued summons delivered to plaintiff by NEF, Summons Issued as to All Defendants, U.S. Attorney and U.S. Attorney General. Issued summons returned to plaintiff by NEF, filed.(klopez, 7) (Entered: 04/28/2023) |
| 05/03/2023 | 6 | MOTION for Kevin E. Friedl to Appear Pro Hac Vice by Rohit Chopra, Consumer Financial Protection Bureau, filed. Motion Docket Date 5/24/2023. (Friedl, Kevin) (Entered: 05/03/2023) |
| 05/04/2023 | 7 | MOTION for James J. Butera to Appear Pro Hac Vice by Rio Bank, Texas Bankers Association, filed. Motion Docket Date 5/25/2023. (Sullivan, John) (Entered: 05/04/2023) |
| 05/04/2023 | 8 | MOTION for Ryan Israel to Appear Pro Hac Vice by Rio Bank, Texas Bankers Association, filed. Motion Docket Date 5/25/2023. (Sullivan, John) (Entered: 05/04/2023) |
| 05/10/2023 | 9 | ORDER granting 6 Motion for Kevin E. Friedl to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 05/10/2023) |
| 05/10/2023 | 10 | ORDER granting 7 Motion for James J. Butera to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (KarenLLopez, 7) (Entered: 05/10/2023) |
| 05/10/2023 | 11 | ORDER granting 8 Motion for Ryan Israel to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through** |

| | | |
|---|---|---|
| | | **PACER are found <u>here</u>**.(Signed by Chief Judge Randy Crane) Parties notified. (KarenLLopez, 7) (Entered: 05/10/2023) |
| 05/14/2023 | <u>12</u> | First AMENDED COMPLAINT against All Defendants filed by Rio Bank, Texas Bankers Association, American Bankers Association. (Attachments: # <u>1</u> Exhibit A - Embrey Declaration, # <u>2</u> Exhibit B - Sasser Declaration with Exhibit 1, # <u>3</u> Exhibit C - O'Neill Declaration)(Sullivan, John) (Entered: 05/14/2023) |
| 05/26/2023 | <u>13</u> | Opposed MOTION for Preliminary Injunction by American Bankers Association, Rio Bank, Texas Bankers Association, filed. Motion Docket Date 6/16/2023. (Attachments: # <u>1</u> Continuation Memorandum in Support, # <u>2</u> Proposed Order Proposed Order)(Sullivan, John) (Entered: 05/26/2023) |
| 06/09/2023 | <u>14</u> | Joint MOTION for Continuance of Initial Scheduling Conference and Deadline to File Answer by Rohit Chopra, Consumer Financial Protection Bureau, filed. Motion Docket Date 6/30/2023. (Attachments: # <u>1</u> Proposed Order)(Friedl, Kevin) (Entered: 06/09/2023) |
| 06/14/2023 | <u>15</u> | AMENDED ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. ( Initial Conferencere set for 8/8/2023 at 09:30 AM before Chief Judge Randy Crane. (Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 06/14/2023) |
| 06/16/2023 | <u>16</u> | RESPONSE in Opposition to <u>13</u> Opposed MOTION for Preliminary Injunction, filed by Rohit Chopra, Consumer Financial Protection Bureau. (Attachments: # <u>1</u> Proposed Order)(Friedl, Kevin) (Entered: 06/16/2023) |
| 06/23/2023 | <u>17</u> | REPLY in Support of <u>13</u> Opposed MOTION for Preliminary Injunction, filed by American Bankers Association, Rio Bank, Texas Bankers Association. (Sullivan, John) (Entered: 06/23/2023) |
| 06/30/2023 | <u>18</u> | NOTICE *by Parties Regarding Potential Hearing* by American Bankers Association, Rio Bank, Texas Bankers Association, filed. (Sullivan, John) (Entered: 06/30/2023) |
| 07/03/2023 | <u>19</u> | ANSWER to <u>12</u> Amended Complaint/Counterclaim/Crossclaim etc., by Rohit Chopra, Consumer Financial Protection Bureau, filed.(Friedl, Kevin) (Entered: 07/03/2023) |
| 07/06/2023 | <u>20</u> | ORDER SETTING HEARING ON <u>13</u> PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION (Preliminary Injunction Hearing set for 7/27/2023 before Chief Judge Randy Crane). (Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 07/06/2023) |
| 07/06/2023 | <u>21</u> | ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANTS DEADLINE TO RESPOND TO AMENDED COMPLAINT. (Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 07/06/2023) |
| 07/17/2023 | <u>22</u> | NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE. Initial Conference reset for 8/17/2023 at 09:00 AM before Chief Judge Randy Crane. (Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 07/17/2023) |

| | | |
|---|---|---|
| 07/25/2023 | 23 | NOTICE *of Supplemental Declarations* re: 13 Opposed MOTION for Preliminary Injunction by American Bankers Association, Rio Bank, Texas Bankers Association, filed. (Attachments: # 1 Exhibit 1 (Supplemental Declaration of Virginia O'Neill), # 2 Exhibit 2 (Supplemental Declaration of Ford Sasser)) (Sullivan, John) (Entered: 07/25/2023) |
| 07/27/2023 | 24 | ORDER SETTING VIDEO STATUS CONFERENCE Video Status Conference set for 1/19/2024 at 09:30 AM before Chief Judge Randy Crane(Signed by Chief Judge Randy Crane) Parties notified.(SandraSilva, 7) (Entered: 07/27/2023) |
| 07/27/2023 | | Minute Entry for proceedings held before Chief Judge Randy Crane. MOTION HEARING held on 7/27/2023. Case called on docket. The Court announced briefing is complete and intends to grant the request for an injunction. After discussion, the Court GRANTED the relief requested limited to all the parties before the Court and members and will remain in effect until decision is received from the Supreme Court. Order by the Court, forthcoming. Appearances: John Clay Sullivan/James J. Butera, Plaintiff; Kevin E. Friedl, Defendant. (ERO:Ricardo Rodriguez), filed.(DeliaRodriguez, 7) (Entered: 07/27/2023) |
| 07/31/2023 | 25 | ORDER GRANTING 13 IN-PART AND DENYING IN-PART PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION. (Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 07/31/2023) |
| 08/04/2023 | 26 | Unopposed MOTION for Leave to File Intervene by Texas First Bank, Independent Bankers Association of Texas, Independent Community Bankers of America, filed. Motion Docket Date 8/25/2023. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Bowen, James) (Entered: 08/04/2023) |
| 08/04/2023 | 27 | MOTION to Appear Pro Hac Vice for Elbert Lin (Fee Paid: $100, receipt number ATXSDC-30312057) by Independent Bankers Association of Texas, Independent Community Bankers of America, Texas First Bank, filed. Motion Docket Date 8/25/2023. (Bowen, James) (Entered: 08/04/2023) |
| 08/04/2023 | 28 | MOTION to Appear Pro Hac Vice for Erica Peterson (Fee Paid: $100, receipt number ATXSDC-30312077) by Independent Bankers Association of Texas, Independent Community Bankers of America, Texas First Bank, filed. Motion Docket Date 8/25/2023. (Bowen, James) (Entered: 08/04/2023) |
| 08/10/2023 | 29 | ORDER granting 27 Motion for Elbert Lin to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (KarenLLopez, 7) (Entered: 08/10/2023) |
| 08/10/2023 | 30 | ORDER granting 28 Motion for Erica Peterson to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (KarenLLopez, 7) (Entered: 08/10/2023) |
| 08/10/2023 | 31 | ORDER VACATING ORDER SETTING INITITAL PRETRIAL CONFERENCE. Deadlines terminated. (Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 08/10/2023) |

| 08/10/2023 | 32 | Unopposed MOTION to Intervene by Rally Credit Union, Credit Union National Association, Cornerstone Credit Union League, filed. Motion Docket Date 8/31/2023. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Murray, Christopher) (Entered: 08/10/2023) |
| 08/10/2023 | 33 | MOTION to Appear Pro Hac Vice for Julian R. Ellis, Jr. (Fee Paid: $100, receipt number ATXSDC-30340078) by Cornerstone Credit Union League, Credit Union National Association, Rally Credit Union, filed. Motion Docket Date 8/31/2023. (Ellis, Julian) (Entered: 08/10/2023) |
| 08/14/2023 | 34 | ORDER GRANTING 32 UNOPPOSED EMERGENCY MOTIONFOR LEAVE TO INTERVENE AND BRIEF IN SUPPORT.(Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 08/14/2023) |
| 08/14/2023 | 35 | ORDER granting 33 Motion for Julian R. Ellis, Jr. to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 08/14/2023) |
| 08/14/2023 | 36 | MOTION to Appear Pro Hac Vice for Thomas Pinder (Fee Paid: $100, receipt number ATXSDC-30354297) by American Bankers Association, filed. Motion Docket Date 9/5/2023. (Sullivan, John) (Entered: 08/14/2023) |
| 08/14/2023 | 37 | MOTION to Appear Pro Hac Vice for Andrew Doersam (Fee Paid: $100, receipt number ATXSDC-30354353) by American Bankers Association, filed. Motion Docket Date 9/5/2023. (Sullivan, John) (Entered: 08/14/2023) |
| 08/15/2023 | 38 | ORDER granting 26 Motion for Leave to File.(Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 08/15/2023) |
| 08/15/2023 | 39 | INTERVENOR COMPLAINT against Rohit Chopra, Consumer Financial Protection Bureau filed by Independent Bankers Association of Texas, Texas First Bank, Independent Community Bankers of America.(Bowen, James) (Entered: 08/15/2023) |
| 08/15/2023 | 40 | NOTICE of Appearance by Jennifer L. Clyde on behalf of Independent Bankers Association of Texas, Independent Community Bankers of America, Texas First Bank, filed. (Clyde, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 41 | INTERVENOR COMPLAINT against Rohit Chopra, Consumer Financial Protection Bureau filed by Credit Union National Association, Cornerstone Credit Union League, Rally Credit Union.(Murray, Christopher) (Entered: 08/15/2023) |
| 08/15/2023 | 42 | ORDER granting 37 Motion for Andrew Doersam to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 08/15/2023) |
| 08/15/2023 | 43 | ORDER granting 36 Motion for Thomas Pinder to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | 44 | MOTION for Preliminary Injunction by Independent Bankers Association of Texas, Independent Community Bankers of America, Texas First Bank, filed. Motion Docket Date 9/5/2023. (Attachments: # 1 EX 1 - Balcer Declaration, # 2 EX 2 - Tsai Declaration, # 3 EX 3 - Williston Declaration, # 4 Proposed Order) (Bowen, James) (Entered: 08/15/2023) |
| 08/16/2023 | 45 | JOINDER in 44 MOTION for Preliminary Injunction , filed by Cornerstone Credit Union League, Credit Union National Association, Rally Credit Union. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Murray, Christopher) (Entered: 08/16/2023) |
| 08/22/2023 | 46 | RESPONSE in Opposition to 44 MOTION for Preliminary Injunction, filed by Rohit Chopra, Consumer Financial Protection Bureau. (Attachments: # 1 Proposed Order)(Friedl, Kevin) (Entered: 08/22/2023) |
| 08/28/2023 | 47 | REPLY in Support of 44 MOTION for Preliminary Injunction, filed by Independent Bankers Association of Texas, Independent Community Bankers of America, Texas First Bank. (Bowen, James) (Entered: 08/28/2023) |
| 08/28/2023 | 48 | REPLY to 45 Joinder *in Support of 44 MOTION for Preliminary Injuction*, filed by Cornerstone Credit Union League, Credit Union National Association, Rally Credit Union. (Murray, Christopher) (Entered: 08/28/2023) |
| 08/28/2023 | 49 | Unopposed MOTION for Leave to File Intervene by XL FUNDING, LLC d/b/a Axle Funding, LLC, Equipment Leasing and Finance Association, filed. Motion Docket Date 9/18/2023. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Order)(Padfield, Alan) (Entered: 08/28/2023) |
| 08/29/2023 | 50 | ORDER granting 49 Motion for Leave to File.(Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 08/29/2023) |
| 08/29/2023 | 51 | INTERVENOR COMPLAINT against All Defendants filed by Equipment Leasing and Finance Association, XL FUNDING, LLC d/b/a Axle Funding, LLC. (Padfield, Alan) (Entered: 08/29/2023) |
| 08/30/2023 | 52 | NOTICE of Appearance by Owen C. Babcock on behalf of Equipment Leasing and Finance Association, XL FUNDING, LLC d/b/a Axle Funding, LLC, filed. (Babcock, Owen) (Entered: 08/30/2023) |
| 08/30/2023 | 53 | NOTICE of Appearance by Kelsey N. Linendoll on behalf of Equipment Leasing and Finance Association, XL FUNDING, LLC d/b/a Axle Funding, LLC, filed. (Linendoll, Kelsey) (Entered: 08/30/2023) |
| 08/31/2023 | 54 | EMERGENCY MOTION( Motion Docket Date 9/21/2023.), MOTION for Preliminary Injunction by Equipment Leasing and Finance Association, XL FUNDING, LLC d/b/a Axle Funding, LLC, filed. (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Proposed Order)(Padfield, Alan) (Entered: 08/31/2023) |
| 09/08/2023 | 55 | Unopposed *Emergency Motion for Leave INTERVENOR COMPLAINT against All Defendants filed by Texas Farm Credit, Farm Credit Council, Capital Farm Credit. (Attachments: # 1 Exhibit proposed Complaint, # 2 Exhibit proposed Preliminary Injunction Motion, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Proposed |

| | | |
|---|---|---|
| | | Order)(Gurwitz, Daniel) *Modified on 9/11/2023 (KarenLLopez, 7). (Entered: 09/08/2023) |
| 09/12/2023 | 56 | MOTION to Appear Pro Hac Vice for Misha Tseytlin (Fee Paid: $100, receipt number ATXSDC-30502239) by Capital Farm Credit, Farm Credit Council, Texas Farm Credit, filed. Motion Docket Date 10/3/2023. (Gurwitz, Daniel) (Entered: 09/12/2023) |
| 09/12/2023 | 57 | MOTION to Appear Pro Hac Vice for Joseph J. Reilly (Fee Paid: $100, receipt number ATXSDC-30502343) by Capital Farm Credit, Farm Credit Council, Texas Farm Credit, filed. Motion Docket Date 10/3/2023. (Gurwitz, Daniel) (Entered: 09/12/2023) |
| 09/14/2023 | 58 | ORDER granting 56 Motion for Misha Tseytlin to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 09/14/2023) |
| 09/14/2023 | 59 | ORDER granting 57 Motion for Joseph J. Reilly to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 09/14/2023) |
| 09/21/2023 | 60 | RESPONSE in Opposition to 54 EMERGENCY MOTION MOTION for Preliminary Injunction, filed by Rohit Chopra, Consumer Financial Protection Bureau. (Attachments: # 1 Proposed Order)(Friedl, Kevin) (Entered: 09/21/2023) |
| 09/27/2023 | 61 | REPLY in Support of 54 EMERGENCY MOTION MOTION for Preliminary Injunction, filed by Equipment Leasing and Finance Association, XL FUNDING, LLC d/b/a Axle Funding, LLC. (Padfield, Alan) (Entered: 09/27/2023) |
| 10/16/2023 | 62 | MOTION to Appear Pro Hac Vice for Karen Bloom (Fee Exempt) by Rohit Chopra, Consumer Financial Protection Bureau, filed. Motion Docket Date 11/6/2023. (Bloom, Karen) (Entered: 10/16/2023) |
| 10/16/2023 | 63 | ANSWER to 39 Intervenor Complaint by Rohit Chopra, Consumer Financial Protection Bureau, filed.(Friedl, Kevin) (Entered: 10/16/2023) |
| 10/16/2023 | 64 | ANSWER to 41 Intervenor Complaint by Rohit Chopra, Consumer Financial Protection Bureau, filed.(Friedl, Kevin) (Entered: 10/16/2023) |
| 10/18/2023 | 65 | ORDER granting 62 MOTION to Appear Pro Hac Vice for Karen Bloom (Fee Exempt) (Signed by Chief Judge Randy Crane) Parties notified.(KarenLLopez, 7) (Entered: 10/18/2023) |
| 10/23/2023 | 66 | ORDER granting 54 Motion for Emergency to Leave.(Signed by Chief Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 10/23/2023) |
| 10/24/2023 | 67 | COMPLAINT against All Defendants (Filing fee $ 402 receipt number ATXSDC-30710562) filed by Farm Credit Council, Capital Farm Credit, Texas Farm Credit. (Gurwitz, Daniel) (Entered: 10/24/2023) |
| 10/24/2023 | 68 | MOTION for Preliminary Injunction by Capital Farm Credit, Farm Credit Council, Texas Farm Credit, filed. Motion Docket Date 11/14/2023. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Proposed Order)(Gurwitz, Daniel) (Entered: 10/24/2023) |
| 10/26/2023 | 69 | ORDER GRANTING 68 INTERVENORS MOTIONS FOR PRELIMINARY INJUNCTION.(Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 10/26/2023) |
| 10/30/2023 | 70 | ANSWER to 51 Intervenor Complaint by Rohit Chopra, Consumer Financial Protection Bureau, filed.(Bloom, Karen) (Entered: 10/30/2023) |
| 12/22/2023 | 71 | ANSWER to 67 Complaint by Consumer Financial Protection Bureau, filed. (Bloom, Karen) (Entered: 12/22/2023) |
| 01/18/2024 | 72 | Joint MOTION Entry of Scheduling Order by Texas Bankers Association, filed. Motion Docket Date 2/8/2024. (Attachments: # 1 Proposed Order)(Sullivan, John) (Entered: 01/18/2024) |
| 01/19/2024 | | Minute Entry for proceedings held before Chief Judge Randy Crane. STATUS CONFERENCE held on 1/19/2024. Case called on docket. The Court will issued a scheduling order as jointly requested by partes. Thereafter, the Court announced hearing will be rescheduled for six months to allow time for Court to complete briefing. Appearances: John Clay Sullivan/Ryan John David Israel/ James W. Bowen, Plaintiff; Daniel Gordon Gurwitz/Karen S. Bloom/ Kevin E. Friedl/Owen Colin Babcock, Defendants. (ERO:Ricardo Rodriguez), filed.(DeliaRodriguez, 7) (Entered: 01/19/2024) |
| 01/22/2024 | 73 | ORDER. Plaintiff's Motion for Summary Judgment due by 2/16/2024. Defendant's Cross-Motion for Summary Judgment and Response due by 3/15/2024. Plaintiff's Repy due by 4/12/2024. Defendant's Repy due by 5/10/2024. Status Conference set for 6/27/2024 at 09:30 AM before Chief Judge Randy Crane. (Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 01/23/2024) |
| 01/31/2024 | 74 | NOTICE of Filing of Certified List of Contents of Administrative Record by Rohit Chopra, Consumer Financial Protection Bureau, filed. (Attachments: # 1 Certification of List of Contents of Administrative Record, # 2 List of Contents of Administrative Record)(Friedl, Kevin) (Entered: 01/31/2024) |
| 02/13/2024 | 75 | Agreed MOTION to Modify Summary Judgment Briefing Schedule as to 73 Order, by Texas Bankers Association, filed. Motion Docket Date 3/5/2024. (Attachments: # 1 Proposed Order)(Sullivan, John) (Entered: 02/13/2024) |
| 02/14/2024 | 76 | ORDER Granting 75 Agreed MOTION to Modify Summary Judgment Briefing Schedule as to 73 Order, (Signed by Chief Judge Randy Crane) Parties notified. (KarenLLopez, 7) (Entered: 02/14/2024) |
| 02/29/2024 | 77 | NOTICE of Appearance by Sarah J. Auchterlonie on behalf of Cornerstone Credit Union League, Credit Union National Association, Rally Credit Union, filed. (Auchterlonie, Sarah) (Entered: 02/29/2024) |
| 02/29/2024 | 78 | Opposed MOTION to Supplement the Administrative Record by American Bankers Association, Capital Farm Credit, Cornerstone Credit Union League, |

| | | |
|---|---|---|
| | | Credit Union National Association, Equipment Leasing and Finance Association, Farm Credit Council, Independent Bankers Association of Texas, Independent Community Bankers of America, Rally Credit Union, Rio Bank, Texas Bankers Association, Texas Farm Credit, Texas First Bank, XL FUNDING, LLC d/b/a Axle Funding, LLC, filed. Motion Docket Date 3/21/2024. (Attachments: # 1 Exhibit 1, # 2 Supplement, # 3 Proposed Order)(Sullivan, John) (Entered: 02/29/2024) |
| 03/01/2024 | 79 | MOTION for Summary Judgment by American Bankers Association, Capital Farm Credit, Cornerstone Credit Union League, Credit Union National Association, Equipment Leasing and Finance Association, Farm Credit Council, Independent Bankers Association of Texas, Independent Community Bankers of America, Rally Credit Union, Rio Bank, Texas Bankers Association, Texas Farm Credit, Texas First Bank, XL FUNDING, LLC d/b/a Axle Funding, LLC, filed. Motion Docket Date 3/22/2024. (Attachments: # 1 Proposed Order)(Sullivan, John) (Entered: 03/01/2024) |
| 03/08/2024 | 80 | Unopposed MOTION for Christopher O. Murray to Withdraw as Attorney by Credit Union National Association, filed. Motion Docket Date 3/29/2024. (Murray, Christopher) (Entered: 03/08/2024) |
| 03/08/2024 | 81 | Unopposed MOTION for Julian R. Ellis Jr. to Withdraw as Attorney by Credit Union National Association, filed. Motion Docket Date 3/29/2024. (Murray, Christopher) (Entered: 03/08/2024) |
| 03/19/2024 | 82 | MOTION to Appear Pro Hac Vice for Andrea Matthews (Fee Exempt) by Rohit Chopra, Consumer Financial Protection Bureau, filed. Motion Docket Date 4/9/2024. (Matthews, Andrea) (Entered: 03/19/2024) |
| 03/19/2024 | 83 | MOTION to Appear Pro Hac Vice for Andrea Matthews (Fee Exempt) by Rohit Chopra, Consumer Financial Protection Bureau, filed. Motion Docket Date 4/9/2024. (Matthews, Andrea) (Entered: 03/19/2024) |
| 03/20/2024 | 84 | ORDER GRANTING 80 and 81 UNOPPOSED MOTIONS FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR CREDIT UNION INTERVENORS. Attorney Christopher Owen Murray and Julian R. Ellis, Jr terminated. (Signed by Chief Judge Randy Crane) Parties notified. (JenniferNogueira, 7) (Entered: 03/20/2024) |
| 03/21/2024 | 85 | RESPONSE in Opposition to 78 Opposed MOTION to Supplement the Administrative Record, filed by Rohit Chopra, Consumer Financial Protection Bureau. (Bloom, Karen) (Entered: 03/21/2024) |
| 03/25/2024 | 86 | ORDER granting 83 Motion for Andrea Matthews to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (jen7) (Entered: 03/25/2024) |
| 03/28/2024 | 87 | REPLY in Support of 78 Opposed MOTION to Supplement the Administrative Record, filed by Texas Bankers Association. (Sullivan, John) (Entered: 03/28/2024) |

| | | |
|---|---|---|
| 04/12/2024 | 88 | MOTION to Appear Pro Hac Vice for Stephen F. Hayes (Fee Paid: $100, receipt number ATXSDC-31466815) by Fresno Community Development Finanancial Institution d/b/a Access Plus Capital, Responsible Business Lending Coalition, filed. Motion Docket Date 5/3/2024. (Hayes, Stephen) (Entered: 04/12/2024) |
| 04/12/2024 | 89 | MOTION to Appear Pro Hac Vice for Alessandra B. Markano-Stark (Fee Paid: $100, receipt number ATXSDC-31467094) by Fresno Community Development Finanancial Institution d/b/a Access Plus Capital, Responsible Business Lending Coalition, filed. Motion Docket Date 5/3/2024. (Markano-Stark, Alessandra) (Entered: 04/12/2024) |
| 04/12/2024 | 90 | RESPONSE in Opposition to 79 MOTION for Summary Judgment , filed by Rohit Chopra, Consumer Financial Protection Bureau. (Attachments: # 1 Proposed Order) (Bloom, Karen) (Entered: 04/12/2024) |
| 04/12/2024 | 91 | Cross MOTION for Summary Judgment by Rohit Chopra, Consumer Financial Protection Bureau, filed. Motion Docket Date 5/3/2024. (Attachments: # 1 Proposed Order) (Bloom, Karen) (Entered: 04/12/2024) |
| 04/16/2024 | 92 | ORDER granting 88 Motion for Stephen Hayes to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (jen7) (Entered: 04/16/2024) |
| 04/16/2024 | 93 | ORDER granting 89 Motion for Alessandra B. Markano-Stark to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Chief Judge Randy Crane) Parties notified. (jen7) (Entered: 04/16/2024) |
| 05/02/2024 | 94 | MOTION for Leave to File Amicus Brief by Fresno Community Development Finanancial Institution d/b/a Access Plus Capital, Responsible Business Lending Coalition, Texas Association of Community Development Corporations, Allies for Community Business, Community First Fund, Great Rivers Community Trust, d/b/a Scale Link, Opportunity Finance Network, filed. Motion Docket Date 5/23/2024. (Attachments: # 1 Proposed Amicus Brief, # 2 Proposed Order) (Hayes, Stephen) (Entered: 05/02/2024) |
| 05/10/2024 | 95 | REPLY in Support of 79 MOTION for Summary Judgment , filed by Texas Bankers Association. (Sullivan, John) (Entered: 05/10/2024) |
| 05/10/2024 | 96 | RESPONSE in Opposition to 91 Cross MOTION for Summary Judgment , filed by Texas Bankers Association. (Sullivan, John) (Entered: 05/10/2024) |
| 05/17/2024 | 97 | NOTICE *of Supreme Court Decision in CFPB v. CFSA* by Rohit Chopra, Consumer Financial Protection Bureau, filed. (Friedl, Kevin) (Entered: 05/17/2024) |
| 05/24/2024 | 98 | NOTICE *re CFPB v. CFSA and Scheduling* by Texas Bankers Association, filed. (Sullivan, John) (Entered: 05/24/2024) |
| 06/03/2024 | 99 | NOTICE *of Filing of Amended Certified List of Contents of Administrative Record* by Rohit Chopra, Consumer Financial Protection Bureau, filed. |

| | | (Attachments: # 1 Certification of List of Contents of Administrative Record, # 2 List of Contents of Administrative Record) (Friedl, Kevin) (Entered: 06/03/2024) |
|---|---|---|
| 06/07/2024 | 100 | REPLY in Support of 91 Cross MOTION for Summary Judgment , filed by Rohit Chopra, Consumer Financial Protection Bureau. (Bloom, Karen) (Entered: 06/07/2024) |
| 06/25/2024 | 101 | NOTICE *of Rulemaking to Extend Compliance Dates* by Rohit Chopra, Consumer Financial Protection Bureau, filed. (Friedl, Kevin) (Entered: 06/25/2024) |
| 06/26/2024 | 102 | ORDER RESETTING STATUS CONFERENCE (Status Conference reset for 7/29/2024 at 10:30 AM before Chief Judge Randy Crane), (Signed by Chief Judge Randy Crane) Parties notified. (kll7) (Entered: 06/26/2024) |
| 07/29/2024 | 103 | NOTICE of Appearance by Gary R. Gurwitz on behalf of Capital Farm Credit, Farm Credit Council, Texas Farm Credit, filed. (Gurwitz, Daniel) (Entered: 07/29/2024) |
| 07/29/2024 | 104 | ORDER SETTING VIDEO STATUS CONFERENCE Status Conference set for 8/27/2024 at 10:30 AM before Chief Judge Randy Crane (Signed by Chief Judge Randy Crane) Parties notified. (kll7) (Entered: 07/29/2024) |
| 07/29/2024 | | Minute Entry for proceedings held before Chief Judge Randy Crane. STATUS CONFERENCE held on 7/29/2024.Case called on docket. Parties present. The issuance of the Court's opinion should be finalized by Friday, 8/10/2024. After discussion, the Court will reset for one month by further order to allow time for parties to file amended pleadings, arguments and responses. Appearances: John Clay Sullivan/Jennifer Cylde, Plaintiff; Gary Gurwitz/Misha Tseytlin/ Joseph J Reilly/Karen S Bloom, Defendants. (ERO:Jennier Noguiera), filed. (dsr7) (Entered: 07/29/2024) |
| 08/01/2024 | 105 | Joint APPENDIX by Texas Bankers Association, filed. (Attachments: # 1 Appendix Volume I, # 2 Appendix Volume II, # 3 Appendix Volume III, # 4 Appendix Volume IV, # 5 Appendix Volume V, # 6 Appendix Volume VI, # 7 Appendix Volume VII, # 8 Appendix Volume VIII, # 9 Appendix Volume IX, # 10 Appendix Volume X, # 11 Appendix Volume XI, # 12 Appendix Volume XII, # 13 Appendix Volume XIII, # 14 Appendix Volume XIV) (Sullivan, John) (Entered: 08/01/2024) |
| 08/02/2024 | 106 | NOTICE *of Errata* by Rohit Chopra, Consumer Financial Protection Bureau, filed. (Attachments: # 1 Errata Updated Opposition to Motion to Supplement the Administrative Record (ECF 85), # 2 Errata Updated Cross-Motion for Summary Judgment (ECF 91), # 3 Errata Updated Opposition to Plaintiffs' Motion for Summary Judgment (ECF 90), # 4 Errata Updated Reply in support of Defendants' Cross-Motion for Summary Judgment) (Bloom, Karen) (Entered: 08/02/2024) |
| 08/02/2024 | 107 | MOTION for Judgment by Capital Farm Credit, Farm Credit Council, Texas Farm Credit, filed. Motion Docket Date 8/23/2024. (Attachments: # 1 Proposed Order) (Gurwitz, Daniel) (Entered: 08/02/2024) |

| | | |
|---|---|---|
| 08/02/2024 | 108 | MOTION to Amend by Capital Farm Credit, Farm Credit Council, Texas Farm Credit, filed. Motion Docket Date 8/23/2024. (Attachments: # 1 Exhibit Amended Complaint, # 2 Proposed Order) (Gurwitz, Daniel) (Entered: 08/02/2024) |
| 08/02/2024 | 109 | RESPONSE to 108 MOTION to Amend, 107 MOTION for Judgment filed by Texas Bankers Association. (Sullivan, John) (Entered: 08/02/2024) |
| 08/08/2024 | 110 | NOTICE *re America's Credit Unions Notice of Non-Objection* by Cornerstone Credit Union League, Credit Union National Association, Rally Credit Union, filed. (Auchterlonie, Sarah) (Entered: 08/08/2024) |
| 08/16/2024 | 111 | MOTION to Stay *Deadline to Respond to Farm Credit Intervenors' Motion for Judgment on the Pleadings (ECF 107)* by Rohit Chopra, Consumer Financial Protection Bureau, filed. Motion Docket Date 9/6/2024. (Attachments: # 1 Proposed Order) (Bloom, Karen) (Entered: 08/16/2024) |
| 08/22/2024 | 112 | OBJECTIONS to 111 MOTION to Stay *Deadline to Respond to Farm Credit Intervenors' Motion for Judgment on the Pleadings (ECF 107)* , filed by Capital Farm Credit, Farm Credit Council, Texas Farm Credit. (Gurwitz, Daniel) (Entered: 08/22/2024) |
| 08/23/2024 | 113 | REPLY in Support of 111 MOTION to Stay *Deadline to Respond to Farm Credit Intervenors' Motion for Judgment on the Pleadings (ECF 107)*, filed by Rohit Chopra, Consumer Financial Protection Bureau. (Bloom, Karen) (Entered: 08/23/2024) |
| 08/23/2024 | 114 | RESPONSE in Opposition to 108 MOTION to Amend, filed by Rohit Chopra, Consumer Financial Protection Bureau. (Bloom, Karen) (Entered: 08/23/2024) |
| 08/26/2024 | 115 | MEMORANDUM OPINION AND ORDER re 91 Cross MOTION for Summary Judgment , 78 Opposed MOTION to Supplement the Administrative Record, 79 MOTION for Summary Judgment (Signed by Chief Judge Randy Crane) Parties notified. (kll7) (Entered: 08/26/2024) |
| 08/26/2024 | 116 | ORDER RESETTING STATUS CONFERENCE (Status Conference reset for 9/24/2024 at 11:00 AM before Chief Judge Randy Crane), (Signed by Chief Judge Randy Crane) Parties notified. (kll7) (Entered: 08/26/2024) |
| 08/26/2024 | 117 | ORDER Granting 111 MOTION to Stay *Deadline to Respond to Farm Credit Intervenors' Motion for Judgment on the Pleadings (ECF 107)* (Signed by Chief Judge Randy Crane) Parties notified. (kll7) (Entered: 08/26/2024) |
| 08/29/2024 | 118 | REPLY in Support of 108 MOTION to Amend, filed by Capital Farm Credit, Farm Credit Council, Texas Farm Credit. (Attachments: # 1 Exhibit EX. A) (Gurwitz, Daniel) (Entered: 08/29/2024) |
| 08/30/2024 | 119 | Opposed MOTION for Certificate of Appealability by Texas Bankers Association, filed. Motion Docket Date 9/20/2024. (Attachments: # 1 Proposed Order) (Sullivan, John) (Entered: 08/30/2024) |
| 09/13/2024 | 120 | NOTICE *of Withdrawal* re: 108 MOTION to Amend, 107 MOTION for Judgment by Capital Farm Credit, Farm Credit Council, Texas Farm Credit, filed. (Attachments: # 1 Proposed Order) (Gurwitz, Daniel) (Entered: 09/13/2024) |

| 09/16/2024 | 121 | ORDER re 120 Notice Of Withdrawal of Motions. (Signed by Chief Judge Randy Crane) Parties notified. (jen7) (Entered: 09/16/2024) |
|---|---|---|
| 09/20/2024 | 122 | RESPONSE to 119 Opposed MOTION for Certificate of Appealability , filed by Rohit Chopra, Consumer Financial Protection Bureau. (Bloom, Karen) (Entered: 09/20/2024) |
| 09/23/2024 | 123 | FINAL JUDGMENT. Case terminated on 9/23/2024.(Signed by Chief Judge Randy Crane) Parties notified. (jen7) (Entered: 09/23/2024) |
| 10/15/2024 | 124 | Opposed MOTION to Stay *Compliance Deadlines for CFPB's Final Rule Pending Appeal* by Texas Bankers Association, filed. Motion Docket Date 11/5/2024. (Attachments: # 1 Proposed Order) (Sullivan, John) (Entered: 10/15/2024) |
| 10/23/2024 | 125 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 123 Final Judgment by Texas Bankers Association (Filing fee $ 605, receipt number ATXSDC-32381540), filed. (Sullivan, John) (Entered: 10/23/2024) |