Case 7:23-cv-00144   Document 126-3   Filed on 10/24/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-144 |
| | § | |
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's memorandum opinion and order granting the defendants' combined cross-motion for summary judgment, Dkt. 115, and the Court's order granting the intervenor-plaintiffs' withdrawal of their motions to amend complaint in intervention and for judgment on the pleadings, Dkt. 121, it is hereby ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.  All court settings are vacated.

The clerk will provide copies of this judgment to the parties.

SO ORDERED September 23, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge