# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION; RIO BANK, MCALLEN, TEXAS; and AMERICAN BANKERS ASSOCIATION, | )<br>)<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) Case No. 7:23-cv-00144 |
| CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, | )<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | )<br>)<br>) |

## MOTION TO WITHDRAW APEARANCE

Pursuant to Local Rule 83.2, attorney Kevin E. Friedl hereby moves to withdraw his appearance for Defendants in this case and respectfully requests that his appearance be terminated from the docket. This request is made because Mr. Friedl left employment with the Bureau earlier this month. Defendants will continue to be represented in this matter by Bureau counsel, who have previously entered appearances.

Dated: January 24, 2025

Respectfully submitted,

/s/ Kevin E. Friedl
Kevin E. Friedl
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing has been filed on January 24, 2025, via the CM/ECF system.

*/s/ Kevin E. Friedl*
Kevin E. Friedl
