Case 7:23-cv-00144   Document 131   Filed on 01/31/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEXAS BANKERS ASSOCIATION, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 7:23-CV-00144 § CONSUMER FINANCIAL PROTECTION § BUREAU, *et al.*, § § Defendants. § | |

## ORDER

Before the court is a motion for Kevin Friedl to withdraw as counsel for the defendants in the above-captioned matter. Dkt. 130. The motion is **GRANTED**.

It is hereby ordered that the appearance of Kevin Friedl as counsel for the defendants in the above-captioned matter is withdrawn. The defendants will continue to be represented by counsel for the Consumer Protection Financial Bureau who have already appeared in this matter.

SO ORDERED January 31, 2025, at McAllen, Texas.

*[signature: Randy Crane]*

Randy Crane
Chief United States District Judge